## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Nelson Cabrera            JOINT DEBTOR: _____            CASE NO.: 15-29656

Last Four Digits of SS#   xxx-xx-1716     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ 214.39  for months  1  to  1 ;
- B. $ 214.52  for months  2  to  60 ;
- C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00    TOTAL PAID $ 0.00
($3,500.00 attorney fee + $150.00 costs)

Balance Due  $  -NONE-  payable $ _____ /month  (Months ___ to ___)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

| -NONE- | Arrearage on Petition Date $ | | |
|---|---|---|---|
| Address: | Arrears Payment $ | /month | (Months _ to _) |
| Account No: | Regular Payment $ | /month | (Months _ to _) |

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | | | | | |

Priority Creditors: [as defined in 11 U.S.C. §507]

| 1. | Internal Revenue Service SPF- Bankruptcy; P.O. Box 17167, Stop 5730; Attention Bankruptcy Unit; Fort Lauderdale, FL 33318 1716 | Total Due $ 5,584.08 Payable $ 92.95 93.07 /month | | (Months 1 to 1) (Months 2 to 60) Regular Payment $ | N/A |

Unsecured Creditors: Pay $ 100.00 /month (Months  1  to  1 )
Pay $ 100.00 / month (Months  2  to  60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
-NONE-

Debtor will pay creditor, Seterus, Inc. directly outside of the plan.

The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
Nelson Cabrera
Debtor
Date: 11/19/2015