UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

CASE NO. 15-29656-AJC
CHAPTER 13

IN RE:

Nelson Cabrera,
        Debtor(s)
_____/

FEDERAL NATIONAL MORTGAGE ASSOCIATION'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**COMES NOW,** Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., its Successors and/or Assigns ("Secured Creditor"), by and through its undersigned counsel, moves for Relief from the Automatic Stay and states as follows:

1. The Court has jurisdiction over this matter pursuant to 11 U.S.C. § 362, FRBP 4001(a) and the various other applicable provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the laws of the United States of America.

The Debtor(s) listed above (the "Debtor(s)") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on November 5, 2015.

2. The Debtor(s) obtained a loan in the amount of $344,000.00 which was evidenced by a Promissory Note dated May 12, 2008 (the "Note"). See "Exhibit A" attached hereto.

3. Debtor(s), Nelson Cabrera, executed a Mortgage dated May 12, 2008 (the "Mortgage"), to and in favor of SunTrust Mortgage, Inc. and granted a First mortgage lien on the real property (the "Property") located at **44 E 12Th Ave, Key West, Florida 33040**, and legally described as:

15-04908 SET
V3.20161110

**LOT 44, BLOCK E, LINCOLN GARDENS NO. 2, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 5, PAGE 90, OF THE PUBLIC RECORDS OF MONROE COUNTY, FLORIDA.**

4.  The Mortgage was recorded on October 1, 2008 in Book No. 2382, Page 1248 of the Public Records of Monroe County, Florida. See "Exhibit B" attached hereto. .

5.  The Note and the Mortgage were transferred on April 22, 2015 to Federal National Mortgage Association ("Fannie Mae"). See "Exhibit C" attached hereto. Hence, Secured Creditor holds said Note.

6.  According to the Monroe County Property Appraiser, the estimated market value of the subject property is $279,764.00. See Exhibit "D" attached hereto.

7.  The Debtor(s) has/have failed to remit payment to Secured Creditor since the installment due on June 1, 2016. See "Exhibit E" attached hereto.

8.  As per the Indebtedness Worksheet attached hereto, Secured Creditor is owed under the Note and Mortgage the pre-petition amount of $335,210.75 and the post-petition amount of $30,476.56. See "Exhibit F" attached hereto. The post-petition payment address is: PO BOX 1047, Hartford, CT 06143.

9.  Upon information and belief, said property has not been claimed exempt and is not necessary for an effective reorganization by the Debtor(s). Debtor(s) has/have failed to provide for payments to Secured Creditor in the duly filed 4th Amended Chapter 13 Plan (Docket No. 55).

10.     Secured Creditor maintains that cause exists pursuant to 11 U.S.C. § 362(d)(1) for the automatic stay be lifted to allow Secured Creditor to pursue in *rem* remedies given that its interests are not being adequately protected due to the failure of the Debtor(s) to make payments prior to the filing of the instant bankruptcy petition and that there is no equity in the subject property for the benefit of unsecured creditors of the estate. .

11.     Furthermore, Secured Creditor's security interest in the property is being significantly jeopardized by the Debtor(s)' failure to make said payments while Secured Creditor is prohibited from pursuing lawful remedies to protect said security interest.

12.     Secured Creditor respectfully requests the Court waives the fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3), so the Secured Creditor can pursue its in *rem* remedies without further delay.

13.     Pursuant to 11 U.S.C. § 362(e), Secured Creditor hereby requests that in the event a hearing is necessary that one be held within thirty (30) days.

14.     Secured Creditor requests that the Court Order provides that all communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent to the Debtor(s).

15.     Pursuant to Local Rule 9072-1, a Proposed Order accompanies this Motion.  See Exhibit "G" attached hereto.

**WHEREFORE**, Secured Creditor respectfully requests that the automatic stay be lifted so that it may pursue *in rem* remedies to protect its security interests in the Debtor's property outside of the bankruptcy forum, that the fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001(a)(3) be waived, that in the event a hearing is necessary one be held within thirty (30) days, and for such other relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).

**I HEREBY CERTIFY** that a true and correct copy of the Motion for Relief from Stay was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or by Electronic Filing this __14__ day of February, 2017.

Respectfully Submitted,

**Kahane & Associates, P.A.**
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380

By: _____
☑ Marc G. Granger, Esq., Fla. Bar No.: 146870
☐ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
☐ Taji Foreman, Esq., Fla. Bar No.: 58606

15-04908 SET
V3.20161110

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed and/or mailed to all parties listed below this ___14___ day of February, 2017.

**Nelson Cabrera**
PO Box 565631
Miami, FL 33256

**Richard R Robles, Esq**
905 Brickell Bay Dr #228
Miami, FL 33131

*Trustee*
**Nancy K. Neidich**
POB 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Respectfully Submitted,

**Kahane & Associates, P.A.**
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380

By:_____
☒ Marc G. Granger, Esq., Fla. Bar No.: 146870
☐ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
☐ Taji Foreman, Esq., Fla. Bar No.: 58606

15-04908 SET
V3.20161110