

**ORDERED in the Southern District of Florida on March 3, 2017.**

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION**

**CASE NO. 15-29656-AJC**
**CHAPTER 13**

**IN RE:**

**Nelson Cabrera,**

**Debtor**

_____/

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC**
**STAY IN FAVOR OF FEDERAL NATIONAL MORTGAGE ASSOCIATION**

**THIS CASE** came on for hearing on February 28, 2017 at 9:00 a.m. upon the Motion for Relief from the Automatic Stay (Doc. No. 131) filed by Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., its Successors and/or Assigns ("Secured Creditor") For the reasons stated orally and recorded in open court that shall constitute the decision of the Court, it is,

**ORDERED:**

1.    Secured Creditor's Motion for Relief from the Automatic Stay is Granted.

2.    The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to real property located at **44 E 12Th Ave, Key West, Florida 33040**, and legally described as:

> **LOT 44, BLOCK E, LINCOLN GARDENS NO. 2, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 5, PAGE 90, OF THE PUBLIC RECORDS OF MONROE COUNTY, FLORIDA.**

3.    This Order lifting the automatic stay is entered for the sole purpose of allowing Secured Creditor to pursue its lawful *in rem* remedies as to the property described above and said Creditor shall neither seek nor obtain an *in personam* judgment against the Debtor.

4.    The Court waives the fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3) so that Secured Creditor may pursue its *in rem* remedies without further delay.

5.    All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor.

###

**Submitted by:**

Marc G. Granger, Esquire
Attorney for Secured Creditor
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone:  (954) 382-3486
Telefacsimile: (954) 382-5380

*Marc G. Granger, Esquire is directed to serve copies of this order on the parties listed below and to file the certificate of service of order.*

**Copies furnished to:**

**Marc G. Granger, Esquire**
Attorney for Secured Creditor
8201 Peters Road, Suite 3000
Plantation, Florida 33324

**Nelson Cabrera**
PO Box 565631
Miami, FL 33256

**Richard R Robles, Esq**
905 Brickell Bay Dr #228
Miami, FL 33131

*Trustee*
**Nancy K. Neidich**
POB 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130