UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-29656-AJC

In Re:

NELSON CABRERA

    Debtor,

_____/

**ORIGINAL**

DEPOSITION OF NELSON CABRERA

TAKEN ON BEHALF OF THE CREDITOR
AUGUST 25, 2017
1:08 P.M. TO 1:18 P.M.

905 BRICKELL BAY DRIVE
SUITE 228
MIAMI, FLORIDA  33131

REPORTED BY:
CATHERINE ROJAS, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



**UNIVERSAL**
**COURT REPORTING**

877.291.3376
www.UCRinc.com

```
 1                    APPEARANCES OF COUNSEL

 2   ON BEHALF OF THE DEBTOR:

 3        RICHARD R. ROBLES, ESQUIRE
          RICHARD R. ROBLES, P.A.
 4        905 BRICKELL BAY DRIVE
          FOUR AMBASSADORS TOWER II, MEZZANINE
 5        SUITE 228
          MIAMI, FLORIDA  33131
 6        (305) 755-9200
          rrobles@roblespa.com
 7
     ON BEHALF OF THE CREDITOR:
 8
          RANDALL GILBERT, ESQUIRE
 9        GILBERT & CADDY, P.A.
          1720 HARRISON STREET
10        19 FLOOR, PENTHOUSE
          HOLLYWOOD, FLORIDA 33020
11        (954) 620-5000
          Rgilbert@TheConstructionLawyers.Com
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1                      INDEX OF EXAMINATION

2     WITNESS:   Nelson Cabrera

3                                                    PAGE

4     DIRECT EXAMINATION
           By Randall Gilbert, Esquire                5

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

1        INDEX OF EXHIBITS

2  CREDITOR'S
   EXHIBIT           DESCRIPTION                    PAGE
3
        8          JOINT STIPULATION                 9
4
        9          JOINT STIPULATION SETTLEMENT       8
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1              DEPOSITION OF NELSON CABRERA
 2                   AUGUST 25, 2017
 3   Thereupon:
 4              NELSON CABRERA,
 5   was called as a witness, and after having been first
 6   duly sworn, testified as follows:
 7         THE WITNESS:  Yes.
 8                   DIRECT EXAMINATION
 9   BY MR. GILBERT:
10        Q    On September 22nd, 2014, you signed this
11   document which is labeled Exhibit 9 and titled joint
12   stipulation for settlement, correct?
13        A    Yes.
14        Q    Is there anything ambiguous about this
15   agreement?
16        A    It's been a long time since I've read through
17   it.  I don't know.
18        Q    You don't know whether there is anything
19   ambiguous about this agreement?
20         MR. ROBLES:  Objection as to the question,
21         calls for a legal conclusion.
22        Q    (By Mr. Gilbert) You can answer.  Is there
23   anything ambiguous to you about this agreement?
24        A    I don't know.  It's been a long time since I
25   have actually read through -- read through this
```



1    document.  I would have to read it.

2        Q    Take your time.  Go ahead.

3        A    And -- you want me to read the entire

4    document?

5        Q    Yes.

6        A    Sure.  It doesn't appear to be.

7        Q    (By Mr. Gilbert) Was there anything confusing

8    about this document?

9        A    I'm sorry?  Repeat the question.

10       Q    Was there anything confusing about this

11   document?

12           MR. ROBLES:  Objection.  At what point in time

13       you're referring to?  At the time he executed the

14       document or right now because you asked him to read

15       it right now.

16       Q    (By Mr. Gilbert) Okay.  Is there anything

17   confusing right now about this agreement?

18       A    No.

19       Q    According to this agreement letter, is it your

20   understanding that you had to make $800 payments on or

21   before the 15th of each month?

22       A    According to the document, yes, that's what

23   the agreement was.

24       Q    And according to your understanding, what

25   would happen if you did not make $800 payment on the



1  15th of each month?

2       A    On the 15th of each month, I receive a notice

3  of default.

4       Q    And then what was your understanding that

5  would happen if you did not make a payment within -- how

6  much time?  You tell me how much time did you have after

7  when you receive the notice of default to make a

8  payment?

9       A    Five days.

10      Q    Okay.  And then what was your understanding

11 under this agreement that if a payment was not received

12 within five days of receipt of the notice of default,

13 what would then happen under this agreement?

14      A    That I wasn't sure of.

15      Q    According to this agreement, what would we be

16 the entitled o?

17      A    Whatever the -- whatever the document says. I

18 will have to go back to the paragraph there, but there

19 again it's --

20           MR. ROBLES:  I'm going to object because the

21      document speaks for itself.

22      A    Yeah.

23      Q    (By Mr. Gilbert) You can answer it.

24      A    So --

25      Q    What would we be entitled to under this



1  document?

2      A    You would be entitled to reinstate the

3  original amount of $72,006.05.

4      Q    And prior to signing this agreement, you had

5  an attorney present with you at a mediation conference,

6  right?

7      A    I did.

8      Q    And who's that attorney who was present with

9  you?

10     A    Mr. Richard Robles.

11     Q    The same attorney who is representing you in

12  this bankruptcy, correct?

13     A    Yes.

14     Q    Okay.  Let me show you what's -- strike

15  that --

16          THE COURT REPORTER:  The document was it?

17          MR. GILBERT:  It's their Exhibit 9; I'm just

18      referring to it as their Exhibit 9. So it'll be our

19      exhibit 9, too.

20          (Thereupon, Exhibit 9 was entered into the

21          record.)

22     Q    (By Mr. Gilbert) There came a point in time

23  where you started to make monthly payments after the

24  September 22nd, 2014.  And I'm just going to refer to

25  this document as the settlement agreement, okay?



1       A      Okay.

2       Q      So, you started making payments after the

3    September 22nd, 2014 agreement was entered into,

4    correct?

5       A      That's correct.

6       Q      In fact the parties, I don't know if you're

7    aware of this, entered into a what we called a joint

8    stipulation in the bankruptcy where we charted out when

9    the payments were made.  Are you aware of that?

10      A      Can you repeat that question?

11      Q      I'm showing you what's been identified as --

12   it's actually another exhibit to my deposition, just to

13   keep in consistent.

14            MR. GILBERT:  Where are the exhibits?

15            MR. ROBLES:  What are you looking for?

16            MR. GILBERT:  Your exhibits to my depo.  The

17      joint stip and the -- actually this.

18      Q      (By Mr. Gilbert) Okay.  So, I'm going to show

19   you Exhibit 8, okay.

20            (Thereupon, Exhibit 8 was entered into the

21            record.)

22      Q      (By Mr. Gilbert) Now, according to Paragraph 7

23   there is a summary of when the payments were due, you

24   see that -- you see that column payment due?

25      A      Yes.



1    Q    You see there is another column of default

2    notice?

3    A    Yes.

4    Q    And it identifies dates when default notices

5    were sent, do you understand that?

6    A    Yes.

7    Q    You see the column where it says, "receipt of

8    payment"?

9    A    Yes.

10    Q    And you understand that, that means that's the

11    date that we received payment, meaning Gilbert & Caddy

12    PA at the time?

13    A    Yes.

14    Q    And you also see payment made and that shows

15    that $800 payment was made, correct?

16    A    Yes.

17    Q    And then next column, payment made after

18    notice and that reflects the dates when payments were

19    made after the notice of default was sent, do you

20    understand that?

21    A    Yes.

22    Q    Now, according to this chart, the very first

23    payment that was paid at -- let's call it after the

24    15th, we see that happened in February, correct?

25    A    Repeat the question.



1          MR. ROBLES:  Object to the form of the

2      question, ambiguous.

3      Q    (By Mr. Gilbert) All right.  Take -- take a

4  look, do you need any time to review this chart?

5      A    No.

6      Q    There came a point in time if we will look at

7  the bottom where we can see that the parties stipulated,

8  that a default notice was sent to you on October 16,

9  2015?

10      A    That's what it says.

11      Q    And then we received payment on October 22nd,

12  2015, do you see that?

13      A    Yes.

14      Q    Okay.  Did anyone at Gilbert & Caddy ever say

15  or do anything to make you believe that if you paid a

16  $800 payment after five days from receipt of the default

17  notice that we, in other words Gilbert & Caddy, would

18  not seek to enforce the $72,000 amount under the

19  settlement agreement?

20      A    Not sure I understand the question.

21      Q    What are you confused about?

22      A    The entire question.

23      Q    Is there ever a point in time where anybody at

24  my firm said or did anything to make you believe that,

25  "don't worry if you make a payment late, we'll look the



1  other way" or in other words, not enforce the default

2  amount of $72,000 expressed in the joint stipulation for

3  settlement in the event you made the payment late?

4      A    I don't recall.

5      Q    Is there anything that would help me -- help -

6  - that I can show you that would help refresh your

7  recollection?

8      A    You can show me and -- but if I don't recall,

9  like I didn't really recall anything that would help me,

10  I mean if you have something that would help me by all

11  means.

12      Q    I'm asking you if you know anything that would

13  help.

14      A    No, not off the top of my head.

15          MR. GILBERT:  No further questions.

16          MR. ROBLES:  Okay.

17          THE COURT REPORTER:  Read or waive?

18          MR. ROBLES:  Waive.

19          (Deposition concluded at 1:18 p.m.)

20          (Reading and signing of the deposition by the

21          witness has been waived.)

22

23

24

25



UNIVERSAL
COURT REPORTING                    877.291.3376
                                   www.UCRinc.com

```
 1                    CERTIFICATE OF REPORTER

 2   STATE OF FLORIDA

 3   COUNTY OF MIAMI-DADE

 4

 5        I, CATHERINE ROJAS, Court Reporter and Notary

 6   Public for the State of Florida, do hereby certify that

 7   I was authorized to and did digitally report and

 8   transcribe the foregoing proceedings, and that the

 9   transcript is a true and complete record of my notes.

10        I further certify that I am not a relative,

11   employee, attorney or counsel of any of the parties, nor

12   am I a relative or employee of any of the parties'

13   attorneys or counsel connected with the action, nor am I

14   financially interested in the action.

15        Witness my hand this 7th day of September, 2016.

16

17

18

19   _____

20   CATHERINE ROJAS, COURT REPORTER
     STATE OF FLORIDA

21

22

23

24

25
```



1                    CERTIFICATE OF OATH

2    STATE OF FLORIDA

3    COUNTY OF MIAMI-DADE

4

5        I, CATHERINE ROJAS, the undersigned authority,

6    certify that RANDALL GILBERT, ESQUIRE, personally

7    appeared before me and was duly sworn on the 25th day of

8    August,2017.

9        Witness my hand this 7th day of September, 2017.

10

11

12

13    _____
      CATHERINE ROJAS, COURT REPORTER
      NOTARY PUBLIC, STATE OF FLORIDA
14    Commission No.:  FF 178733
      Commission Exp:  01/16/2019

15

16

17

18

19

20

21

22

23

24

25



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

Cabrera, Nelson   08-25-2017          Page 1 of 3

**$**

**$72,000** 11:18 12:2

**$72,006.05** 8:3

**$800** 6:20,25 10:15
11:16

**0**

**01/16/2019** 14:14

**1**

**1:08** 1:17

**1:18** 1:17 12:19

**15-29656-AJC** 1:3

**15th** 6:21 7:1,2
10:24

**16** 11:8

**1720** 2:9

**178733** 14:14

**19** 2:10

**2**

**2014** 5:10 8:24 9:3

**2015** 11:9,12

**2016** 13:15

**2017** 1:16 5:2 14:9

**228** 1:18 2:5

**22nd** 5:10 8:24 9:3
11:11

**25** 1:16 5:2

**25th** 14:7

**3**

**305** 2:6

**33020** 2:10

**33131** 1:19 2:5

**5**

**5** 3:4

**6**

**620-5000** 2:11

**7**

**7** 9:22

**755-9200** 2:6

**7th** 13:15 14:9

**8**

**8** 4:3,4 9:19,20

**9**

**9** 4:3,4 5:11
8:17,18,19,20

**905** 1:18 2:4

**954** 2:11

**A**

**according**
6:19,22,24 7:15
9:22 10:22

**action** 13:13,14

**actually** 5:25
9:12,17

**agreement**
5:15,19,23
6:17,19,23
7:11,13,15 8:4,25
9:3 11:19

**ahead** 6:2

**am** 13:10,12,13

**AMBASSADORS**
2:4

**ambiguous**
5:14,19,23 11:2

**amount** 8:3 11:18
12:2

**answer** 5:22 7:23

**anybody** 11:23

**anyone** 11:14

**anything** 5:14,18,23
6:7,10,16
11:15,24
12:5,9,12

**appear** 6:6

**APPEARANCES**
2:1

**appeared** 14:7

**attorney** 8:5,8,11
13:11

**attorneys** 13:13

**AUGUST** 1:16 5:2

**August,2017** 14:8

**authority** 14:5

**authorized** 13:7

**aware** 9:7,9

**B**

**bankruptcy** 1:1
8:12 9:8

**BAY** 1:18 2:4

**BEHALF** 1:16
2:2,7

**believe** 11:15,24

**bottom** 11:7

**BRICKELL** 1:18
2:4

**C**

**Cabrera** 1:6,15 3:2
5:1,4

**Caddy** 2:9 10:11
11:14,17

**CASE** 1:3

**CATHERINE** 1:24
13:5,19 14:5,13

**CERTIFICATE**
13:1 14:1

**certify** 13:6,10 14:6

**chart** 10:22 11:4

**charted** 9:8

**column** 9:24
10:1,7,17

**Commission** 14:14

**complete** 13:9

**concluded** 12:19

**conclusion** 5:21

**conference** 8:5

**confused** 11:21

**confusing** 6:7,10,17

**connected** 13:13

**consistent** 9:13

**correct** 5:12 8:12
9:4,5 10:15,24

**counsel** 2:1
13:11,13

**COUNTY** 13:3
14:3

**Court** 1:1,24 8:16
12:17 13:5,19
14:13

**CREDITOR** 1:16
2:7

**CREDITOR'S** 4:2

**D**

**date** 10:11

**dates** 10:4,18

**day** 13:15 14:7,9

**days** 7:9,12 11:16

**Debtor** 1:7 2:2

**default** 7:3,7,12
10:1,4,19 11:8,16
12:1

**depo** 9:16

**deposition** 1:15 5:1



877.291.3376
www.UCRinc.com

9:12 12:19,20

**DESCRIPTION**
4:2

**digitally** 13:7

**DIRECT** 3:4 5:8

**DISTRICT** 1:1

**DIVISION** 1:2

**document** 5:11
6:1,4,8,11,14,22
7:17,21 8:1,16,25

**DRIVE** 1:18 2:4

**due** 9:23,24

**duly** 5:6 14:7

_____
                E
**employee** 13:11,12

**enforce** 11:18 12:1

**entered** 8:20
9:3,7,20

**entire** 6:3 11:22

**entitled** 7:16,25 8:2

**Esquire** 2:3,8 3:4
14:6

**event** 12:3

**EXAMINATION**
3:1,4 5:8

**executed** 6:13

**exhibit** 4:2 5:11
8:17,18,19,20
9:12,19,20

**exhibits** 4:1 9:14,16

**Exp** 14:14

**expressed** 12:2

_____
                F
**fact** 9:6

**February** 10:24

**FF** 14:14

**financially** 13:14

**firm** 11:24

**first** 5:5 10:22

**five** 7:9,12 11:16

**FLOOR** 2:10

**Florida** 1:1,19,25
2:5,10 13:2,6,20
14:2,13

**foregoing** 13:8

**form** 11:1

_____
                G
**Gilbert** 2:8,9 3:4
5:9,22 6:7,16 7:23
8:17,22
9:14,16,18,22
10:11 11:3,14,17
12:15 14:6

_____
                H
**hand** 13:15 14:9

**happen** 6:25 7:5,13

**happened** 10:24

**HARRISON** 2:9

**having** 5:5

**head** 12:14

**help** 12:5,6,9,10,13

**hereby** 13:6

**HOLLYWOOD**
2:10

_____
                I
**identified** 9:11

**identifies** 10:4

**II** 2:4

**I'm** 6:9 7:20
8:17,24 9:11,18
12:12

**INDEX** 3:1 4:1

**interested** 13:14

**it'll** 8:18

**it's** 5:16,24 7:19
8:17 9:12

**I've** 5:16

_____
                J
**joint** 4:3,4 5:11
9:7,17 12:2

_____
                L
**labeled** 5:11

**late** 11:25 12:3

**legal** 5:21

**let's** 10:23

**letter** 6:19

**long** 5:16,24

_____
                M
**mean** 12:10

**meaning** 10:11

**means** 10:10 12:11

**mediation** 8:5

**MEZZANINE** 2:4

**MIAMI** 1:2,19 2:5

**MIAMI-DADE**
13:3 14:3

**month** 6:21 7:1,2

**monthly** 8:23

_____
                N
**Nelson** 1:6,15 3:2
5:1,4

**nor** 13:11,13

**Notary** 1:25 13:5
14:13

**notes** 13:9

**notice** 7:2,7,12
10:2,18,19

11:8,17

**notices** 10:4

_____
                O
**OATH** 14:1

**object** 7:20 11:1

**Objection** 5:20 6:12

**October** 11:8,11

**okay** 6:16 7:10
8:14,25 9:1,18,19
11:14 12:16

**original** 8:3

_____
                P
**P.A** 2:3,9

**p.m** 1:17 12:19

**PA** 10:12

**PAGE** 3:3 4:2

**paid** 10:23 11:15

**paragraph** 7:18
9:22

**parties** 9:6 11:7
13:11,12

**payment** 6:25
7:5,8,11 9:24
10:8,11,14,15,17,
23 11:11,16,25
12:3

**payments** 6:20 8:23
9:2,9,23 10:18

**PENTHOUSE** 2:10

**personally** 14:6

**point** 6:12 8:22
11:6,23

**present** 8:5,8

**prior** 8:4

**proceedings** 13:8

**Public** 1:25 13:6
14:13



Cabrera, Nelson   08-25-2017        Page 3 of 3

---

**Q**

question 5:20 6:9
9:10 10:25
11:2,20,22

questions 12:15

---

**R**

Randall 2:8 3:4
14:6

Re 1:5

Reading 12:20

really 12:9

recall 12:4,8,9

receipt 7:12 10:7
11:16

receive 7:2,7

received 7:11 10:11
11:11

recollection 12:7

record 8:21 9:21
13:9

refer 8:24

referring 6:13 8:18

reflects 10:18

refresh 12:6

reinstate 8:2

relative 13:10,12

repeat 6:9 9:10
10:25

report 13:7

REPORTED 1:24

Reporter 1:24 8:16
12:17 13:1,5,19
14:13

representing 8:11

review 11:4

Rgilbert@TheCon
structionLawyer

---

s.Com 2:11

Richard 2:3 8:10

Robles 2:3 5:20
6:12 7:20 8:10
9:15 11:1
12:16,18

ROJAS 1:24
13:5,19 14:5,13

rrobles@roblespa.
com 2:6

---

**S**

seek 11:18

sent 10:5,19 11:8

September 5:10
8:24 9:3 13:15
14:9

settlement 4:4 5:12
8:25 11:19 12:3

showing 9:11

shows 10:14

signed 5:10

signing 8:4 12:20

sorry 6:9

SOUTHERN 1:1

speaks 7:21

started 8:23 9:2

State 1:25 13:2,6,20
14:2,13

STATES 1:1

stip 9:17

stipulated 11:7

stipulation 4:3,4
5:12 9:8 12:2

STREET 2:9

strike 8:14

SUITE 1:18 2:5

summary 9:23

---

sure 6:6 7:14 11:20

sworn 5:6 14:7

---

**T**

testified 5:6

that's 6:22 9:5
10:10 11:10

Thereupon 5:3 8:20
9:20

titled 5:11

top 12:14

TOWER 2:4

transcribe 13:8

transcript 13:9

true 13:9

---

**U**

undersigned 14:5

understand
10:5,10,20 11:20

understanding
6:20,24 7:4,10

UNITED 1:1

---

**W**

waive 12:17,18

waived 12:21

wasn't 7:14

we'll 11:25

whatever 7:17

whether 5:18

who's 8:8

witness 3:2 5:5,7
12:21 13:15 14:9

worry 11:25

---



**UNIVERSAL**
COURT REPORTING

877.291.3376
www.UCRinc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                          Chapter 13

NELSON CABRERA

        Debtor,                                 Case No. 15-29656-AJC

### JOINT STIPULATION

Creditor, **GILBERT & CADDY, PA**, (hereinafter "Creditor") by and through their undersigned counsel, and Debtor, **NELSON CABRERA** (hereinafter "Debtor") serve this Joint Stipulation requiring no additional proof at the Evidentiary Hearing:

1.      Creditor GILBERT & CADDY, P.A. is a Florida law firm.

2.      On June 25, 2014, CREDITOR sued both DEBTOR and JENNIFER CABRERA in Broward County's 17th Judicial Circuit Case No. CACE 14-012231 relating to a dispute regarding alleged unpaid attorneys fees and costs.

3.      On September 22, 2014, CREDITOR, DEBTOR, and JENNIFER CABRERA all signed a Joint Stipulation for Settlement, (hereinafter "Settlement") as it relates to the state court matter.[1]

4.      The civil action was thereafter dismissed pursuant to the Settlement and an "Agreed Order of Dismissal and Reserving Jurisdiction to Enforce Settlement", which was included as an attachment to the Settlement.[2]  The Agreed Order of Dismissal and Reserving Jurisdiction to Enforce Settlement was executed by the Circuit Court and adopts the Joint Stipulation of Settlement as an Order of the Circuit Court.

5.      After the Settlement was entered, DEBTOR made thirteen (13) eight hundred dollar ($800.00) payments to CREDITOR for a total of ten thousand four hundred dollars ($10,400.00).[3]

6.      After the Settlement was entered, CREDITOR sent the attached notices to DEBTOR and JENNIFER CABRERA.[4]

---

[1] Exhibit "1" – Joint Stipulation for Settlement
[2] Exhibit "2" – Agreed Order of Dismissal and Reserving Jurisdiction to Enforce Settlement
[3] Exhibit "3" – Payments by Debtor
[4] Exhibit "4" – Creditor's Notices


EXHIBIT
8

7.    The following summary of payments made by DEBTOR and JENNIFER CABRERA to CREDITOR is accurate:

| PAYMENT DUE | DEFAULT NOTICE | RECEIPT OF PAYMENT | PAYMENT MADE | PAYMENT MADE AFTER NOTICE |
|---|---|---|---|---|
| 1. October 15, 2014 | - | October 14, 2014 | $800.00 | 0 days |
| 2. November 15, 2014 | - | November 14, 2014 | $800.00 | 0 days |
| 3. December 15, 2014 | - | December 15, 2014 | $800.00 | 0 days |
| 4. January 15, 2015 | - | January 15, 2015 | $800.00 | 0 days |
| 5. February 15, 2015 | Sun. February 15, 2015 | Wed. February 18, 2015 | $800.00 | 3 days |
| 6. March 15, 2015 | Tue. March 17, 2015 | Fri. March 20, 2015 | $800.00 | 3 days |
| 7. April 15, 2015 | - | April 15, 2015 | $800.00 | 0 days |
| 8. May 15, 2015 | - | May 15, 2015 | $800.00 | 0 days |
| 9. June 15, 2015 | Tue. June 16, 2015 | Fri. June 19, 2015 | $800.00 | 3 days |
| 10. July 15, 2015 | - | July 15, 2015 | $800.00 | 0 days |
| 11. August 15, 2015 | Tue. August 18, 2015 | Thur. August 20, 2015 | $800.00 | 2 days |
| 12. September 15, 2015 | - | Tue. September 15, 2015 | $800.00 | 0 days |
| 13. Thur. October 15, 2015 | Fri. October 16, 2015 | Thur. October 22, 2015 | $800.00 | 6 days |
| TOTAL | | | $10,400.00 | |

8.    Other than the above, no other payments were made to CREDITOR under the Settlement.

9.    On October 16, 2015, Creditor sent its notice of default by e-mail. This was the only notice of default sent to the DEBTOR and JENNIFER CABRERA relating to the October, 2015 payment. On October 22, 2015, payment was made by Debtor for $800.00, which was retained by Creditor.

10.   On October 23, 2015, Creditor filed its Motion to Enforce Settlement in the Broward Circuit Court against DEBTOR and JENNIFER CABRERA.[5]

11.   On November 5, 2015, DEBTOR filed his Petition for Bankruptcy.

12.   On November 6, 2015, CREDITOR filed its Proof of Claim [POC 1-2].[6]

13.   On December 22, 2015, DEBTOR filed his Objection to Claim [ECF #25].[7]

---

[5] Exhibit "5" — Motion to Enforce Settlement
[6] Exhibit "6" — Proof of Claim
[7] Exhibit "7" — Objection to Claim

14.    On January 7, 2016, the CREDITOR filed its Notice of Contest to Debtor's Objection to Claim [ECF #33]. [8]

15.    The issue before the Court for hearing on January 28, 2016 is the DEBTOR's Objection to Claim [ECF #25] and the Creditor's Notice of Contest to Debtor's Objection to Claim [ECF #33].

**Randall L. Gilbert, Esq.**
**For Creditor**

**Richard R Robles, Esq.**
**For Debtor**

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this day of **January 27, 2016**, to:

- **Marc G Granger, Esq.** mgranger@kahaneandassociates.com;
- **Richard R Robles, Esq** rrobles@roblespa.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **Trustee Nancy K. Neidich** e2c8f01@ch13herkert.com

I CERTIFY that a true and correct copy of the foregoing was served via **E-mail and U.S Mail** this day of **January 27, 2016**, to:

- **Jennifer Cabrera** 20533 Biscayne Blvd #750, Aventura, FL 33180; and
- jennifer.cabrera@planetbeach.com

## CERTIFICATE OF STANDING PURSUANT TO RULE 9011-4(B)

I hereby certify that I am admitted to the Bar of the U.S. District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1 (A) and that on **January 27, 2016**, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system.

GILBERT & CADDY, P.A.
1720 HARRISON STREET
19TH FLOOR, PENTHOUSE B
HOLLYWOOD, FLORIDA 33020
TEL:        (954) 620-5000
FAX:        (954) 620-5105
Rgilbert@TheConstructionLawyers.com

*/s/ Randall Gilbert*
RANDALL L. GILBERT
Florida Bar No. 0173835
Attorney for **Creditor GILBERT & CADDY PA**

L:\LAW OFFICES\CABRERA, NELSON\bankruptcy\Working File\Hearing on Objection to Claim\Stipulation(v5).docx

---

[8] Exhibit "8" – Notice of Contest to Debtor's Objection to Claim

Case 15-29656-AJC    Doc 53-1    Filed 01/27/16    Page 1 of 4

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CIVIL CASE NO.: 14-012231 (03)

GILBERT & CADDY, P.A. f/k/a GILBERT &
KAUFMAN PA

        Plaintiff,

vs.

NELSON CABRERA and JENNIFER CABRERA,

        Defendants.

**JOINT STIPULATION FOR
SETTLEMENT**

*That,* effective this **September 22, 2014** *Between* **GILBERT & CADDY, PA** and all of its subsidiaries, parents, agents, employees, and assigns *party of the first part, and **NELSON CABRERA and JENNIFER CABRERA,** collectively *party of the second part, and further agree:

It is hereby agreed that all parties mutually: remise, release, acquit, satisfy, and forever discharge the other party, of and from all, and all manner of action and actions, causes and causes of action, suits, debts, sums of money, accounts, reckonings, breaches of contract, unjust enrichment, quantum meruit, account stated, indemnification, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, subrogations, indemnifications, tort, negligence, malpractice, judgments, executions, claims, and demands whatsoever, in law or in equity, which said other party ever had, now has, or which any personal representative, successor, heir, assign, or lessor, of said other party, hereafter can, shall or may have, against the other party, for, upon or by reason of any matter, cause or thing whatsoever, including but not limited to any and all claims arising out of, touching, or concerning **(1) Either party, (2) or this Civil Case No. 14-012231** in exchange for valuable consideration of the following done in consecutive order:

**A.**    NELSON CABRERA and JENNIFER CABRERA are jointly and severally responsible for paying a total of **$40,000.00** payable to the order of "GILBERT & CADDY PA" in clear funds. Each payment shall be timely delivered on or before the 15th of every month in the amount $800.00 each month starting October 15, 2014.

**B.**    All payments hereunder, unequivocally must be timely delivered to GILBERT & CADDY, PA. (whose offices are physically located at 1720 Harrison Street, 19th Floor, Penthouse B, Hollywood, Florida 33020), for which *TIME IS ABSOLUTELY AND STRICTLY OF THE ESSENCE.* Payment must be delivered as provided in paragraph A, if any payment is due on a holiday, weekend, or other date mailing deliveries are not made, it is the responsibility of the payor to deliver payment prior that date. If payment is not received by the 15th of the month, Plaintiff shall provide notice of default via e-mail to email addresses jennifer.cabrera@planetbeach.com and ncabrera2000@att.net and via facsimile to 786-288-5745 and 305-668-7701. Thereafter, defendants shall have 5 calendar days after notice to cure default without penalty. Successful e-mail or facsimile on either defendant is sufficient notice on both. Should either defendant wish to change their e-mail address or facsimile number, said change must be made in writing via e-mail and certified mail to the Plaintiff's attorney.

**C.**    After this Joint Stipulation for Settlement is finalized **PLAINTIFF'S** attorney shall submit to the Court a: (1) "Notice Of Voluntary Dismissal With Prejudice and Court Reserving Jurisdiction To Enforce Settlement" and (2) "Agreed Order of Dismissal and Reserving Jurisdiction to Enforce Settlement." **DEFENDANTS** failure to comply with Paragraph A or the failure of the payment funds clearing shall entitle **PLAINTIFF** to obtain a default judgment ex-parte, without hearing against **DEFENDANTS,** for the full amount as provided in the Complaint, which is $72,006.05 which continues to accrue interest at 18% per annum from May 5, 2014 plus attorneys' fees pursuant to the Contract (attached to the Complaint) which will be subject to reduction as reflected by any payments or partial payments made by **DEFENDANTS.**

**D.**    Except as otherwise provided herein, each party shall bear their own attorneys' fees and costs.

**E.**    It is Defendants' joint responsibility to insure that payment is timely delivered. Defendants assume the risk of payments not being timely delivered.



| PLTF'S initials | - Page 1 of 4 -<br>GILBERT & CADDY P.A.<br>1720 HARRISON STREET, 19th FLOOR PENTHOUSE B HOLLYWOOD, FLORIDA 33020<br>BROWARD (954) 620-5000    DADE (305)769-3600    FAX (954) 620-5105<br>WEBSITE: WWW.THECONSTRUCTIONLAWYERS.COM | **EXHIBIT**<br>**1** | Nelson Cabrera initials | Jennifer Cabrera initials |

**EXHIBIT**
9

**PAGE NO. 001**

**F.**     Upon execution of all parties to this Agreement, Plaintiff shall sign and file with the Court the attached: (1) "Notice Of Voluntary Dismissal With Prejudice And Court Reserving Jurisdiction To Enforce Settlement" and (2) "Agreed Order of Dismissal and Reserving Jurisdiction to Enforce Settlement."

**G.**     The undersigneds further declare, acknowledge, and represent that no promise, inducement or agreement not herein expressed has been made to the undersigned and that this release contains the entire agreement between the parties hereto and that the terms of this release are contractual and not a mere recital.

**H.**     The Agreement shall be deemed as a joint work product of all Parties and their respective counsel, and all Parties shall be considered the drafters of this Agreement.  Any rule of construction to the effect that any ambiguities are to be construed against the drafting party shall not be applicable in any interpretation of this Agreement.

**I.**     Each individual signing this Agreement warrants and represents that he or she has full authority to execute the same on behalf of the Party, person, or entity on whose behalf he or she signs, and that he or she is acting within the course and scope of such authority in doing so.

**J.**     The Parties expressly state that they have carefully read this Agreement, have discussed its terms with their respective counsel, fully understand the same, and sign the Agreement as their own free act and deed.

**K.**     This Agreement and the Releases may be executed in multiple counterpart copies, each of which shall be deemed to be an original.  A facsimile of a signature shall be binding, and shall be deemed to constitute an original.

**L.**     This writing contains the entire Agreement and understanding concerning its subject matter and the settlement between the Parties, and supersedes and replaces all prior negotiations and agreements between the Parties, or any of them, whether written or oral, regarding the subject matter contained herein.  The terms of this Agreement are contractual and not a mere recital.

**CAUTION: READ THE ABOVE BEFORE SIGNING BELOW. THE UNDERSIGNED HAS READ THE FOREGOING RELEASE AND FULLY UNDERSTANDS IT, HAS BEEN ADVISED TO CONTACT AN ATTORNEY OR HAS KNOWINGLY AND VOLUNTARILY WAIVED THE OPTION TO DO SO.**

     * "party of the first part," "party of the second part," are used for singular or plural, as the context requires.

     *IN Witness Whereof,* The party of the first part has hereunto set the party of the first part's hand and seal the day and year first written above, and has caused this instrument to be executed.

BY, _____          BY, _____
    NELSON CABRERA                             JENNIFER CABRERA
STATE OF FLORIDA
COUNTY OF

BEFORE ME, the undersigned authority this day personally appeared NESLON CABRERA and JENNIFER CABRERA who are ( ) personally known to me, or (X) who produced identification FL DRIVER LICENSE (NELSON CABRERA ID) and FL DRIVER LICENSE (JENNIFER CABRERA ID) and who before me personally executed the instrument this 22 day of September, 2014.

                                               NOTARY PUBLIC
                                               _____

GILBERT & CADDY PA
BY, _____

    BRYCE GILBERT

| JOSE M. TABARES |
| Notary Public - State of Florida |
| My Comm. Expires: Apr 21, 2017 |
| Commission # FF 010007 |

STATE OF FLORIDA
COUNTY OF BROWARD

BEFORE ME, the undersigned authority this day personally appeared BRYCE GILBERT who is (x) personally known to me and who before me personally executed this instrument this 22 day of September, 2014.

| JOSE M. TABARES |
| Notary Public - State of Florida |
| My Comm. Expires: Apr 21, 2017 |
| Commission # FF 010007 |

                                               NOTARY PUBLIC
                                               _____

- Page 2 of 4 -
GILBERT & CADDY P.A.
1720 HARRISON STREET, 19th FLOOR PENTHOUSE B HOLLYWOOD, FLORIDA 33020
BROWARD (954) 620-5000      DADE (305)769-3000      FAX (954) 620-5105
WEBSITE: WWW.THECONSTRUCTIONLAWYERS.COM

| PLTF'S initials | Nelson Cabrera initials | Jennifer Cabrera initials |

IN THE CIRCUIT COURT OF THE 17ᵀᴴ JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CIVIL CASE NO.: 14-012231 (03)

GILBERT & CADDY, P.A. f/k/a GILBERT &
KAUFMAN PA

   Plaintiff,

vs.

NELSON CABRERA and JENNIFER CABRERA,

   Defendants.

**NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE AND COURT
RESERVING JURISDICTION TO
ENFORCE SETTLEMENT**

  Plaintiff voluntarily dismisses this action with prejudice, notifies the court that there are no other pending matters or parties, and with the *proviso* that this court shall reserve jurisdiction to enforce the parties Joint Stipulation For Settlement bearing an effective date of September 22, 2014.

### CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing was hand delivered this September 22, 2014 to Richard Robles, Esq, 905 Brickell Bay Drive, Suite 228 Miami, Florida 33131 [Telephone: (305) 755-9200 and Facsimile: (305) 755-9270]

     GILBERT & CADDY, P.A.
     1720 HARRISON STREET
     19ᵀᴴ FLOOR - PENTHOUSE B
     HOLLYWOOD, FLORIDA 33020

      /s/ Bryce Gilbert
     RANDALL L. GILBERT
     Florida Bar No. 0173835
     BRYCE J. GILBERT
     Florida Bar No. 43981

PLTF'S
initials

- Page 3 of 4 -
GILBERT & CADDY P.A.
1720 HARRISON STREET, 19ᵗʰ FLOOR PENTHOUSE B HOLLYWOOD, FLORIDA 33020
BROWARD (954) 620-5000  DADE (305)769-3000  FAX (954) 620-5105
WEBSITE: WWW.THECONSTRUCTIONLAWYERS.COM

Nelson
Cabrera
initials

Jennifer
Cabrera
initials

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CIVIL CASE NO.: 14-012231 (03)

GILBERT & CADDY, P.A. f/k/a GILBERT &
KAUFMAN PA

     Plaintiff,

vs.

NELSON CABRERA and JENNIFER CABRERA,

     Defendants.

**AGREED ORDER OF DISMISSAL
AND RESERVING JURISDICTION
TO ENFORCE SETTLEMENT**

THIS CAUSE having come before the Court upon, Plaintiff's Notice Of Voluntary Dismissal With Prejudice And Court Reserving Jurisdiction To Enforce Settlement and, the parties all being in agreement to entry and content of same, and the Court having been otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

The Joint Stipulation for Settlement bearing an effective date of September 22, 2014 is hereby ratified, approved and adopted as the Order of this Court. This action is voluntarily dismissed with prejudice; however, this Court shall retain continuing jurisdiction to enforce the terms of said Joint Settlement Stipulation and this Order.

DONE AND ORDERED in Chambers in Hollywood, Broward County Florida this ___ day of _____, 2014.


_____
CIRCUIT COURT JUDGE

**Copies Furnished:**
(1) **Bryce J. Gilbert, Esq.** Attorney for II Gilbert & Caddy, P.A. 1720 Harrison St. Penthouse B Hollywood, FL 33020
(2) **Richard Robles, Esq,** 905 Brickell Bay Drive, Suite 228 Miami, Florida 33131



| PLTF'S initials | - Page 4 of 4 -<br>GILBERT & CADDY P.A.<br>1720 HARRISON STREET, 19th FLOOR PENTHOUSE B HOLLYWOOD, FLORIDA 33020<br>BROWARD (954) 620-5000      DADE (305)769-3000      FAX (954) 620-5105<br>WEBSITE: WWW.THECONSTRUCTIONLAWYERS.COM | Nelson Cabrera initials | Jennifer Cabrera initials |