| timekeeper | rate | time | total | timekeeper | rate | time | total | timekeeper | rate | time | total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Randall Gilbert, Esq.** | | | | **Bryce Gilbert, Esq.** | | | | **Shirley Sharon** | | | |
| 09/26/16 | $ 375.00 | 3.50 | $ 1,312.50 | 06/13/17 | $ 250.00 | 1.80 | $ 450.00 | 09/28/16 | $ 90.00 | 3.50 | $ 315.00 |
| 09/28/16 | $ 375.00 | 2.10 | $ 787.50 | 06/14/17 | $ 250.00 | 3.10 | $ 775.00 | 10/26/16 | $ 90.00 | 3.30 | $ 297.00 |
| 09/29/16 | $ 375.00 | 0.10 | $ 37.50 | 06/15/17 | $ 250.00 | 1.90 | $ 475.00 | 10/31/16 | $ 90.00 | 4.30 | $ 387.00 |
| 10/12/16 | $ 375.00 | 0.30 | $ 112.50 | 06/16/17 | $ 250.00 | 3.50 | $ 875.00 | 11/02/16 | $ 90.00 | 3.70 | $ 333.00 |
| 10/12/16 | $ 375.00 | 0.30 | $ 112.50 | 06/20/17 | $ 250.00 | 1.10 | $ 275.00 | 11/04/16 | $ 90.00 | 9.80 | $ 882.00 |
| 10/13/16 | $ 375.00 | 0.30 | $ 112.50 | 06/23/17 | $ 250.00 | 0.40 | $ 100.00 | 11/07/16 | $ 90.00 | 4.80 | $ 432.00 |
| 10/18/16 | $ 375.00 | 0.90 | $ 337.50 | | $ 250.00 | | $ - | 11/16/16 | $ 90.00 | 4.80 | $ 432.00 |
| 10/26/16 | $ 375.00 | 0.40 | $ 150.00 | | $ 250.00 | | $ - | 11/18/16 | $ 90.00 | 6.50 | $ 585.00 |
| 10/28/16 | $ 375.00 | 0.30 | $ 112.50 | | $ 250.00 | | $ - | 11/21/16 | $ 90.00 | 6.00 | $ 540.00 |
| 11/01/16 | $ 375.00 | 0.80 | $ 300.00 | | $ 250.00 | | $ - | 11/23/16 | $ 90.00 | 5.50 | $ 495.00 |
| 11/02/16 | $ 375.00 | 1.40 | $ 525.00 | | $ 250.00 | | $ - | 11/25/16 | $ 90.00 | 7.50 | $ 675.00 |
| 11/17/16 | $ 375.00 | 1.30 | $ 487.50 | | $ 250.00 | | $ - | 11/26/16 | $ 90.00 | 7.00 | $ 630.00 |
| 12/04/16 | $ 375.00 | 0.50 | $ 187.50 | | $ 250.00 | | $ - | 11/28/16 | $ 90.00 | 9.00 | $ 810.00 |
| 12/11/16 | $ 375.00 | 8.60 | $ 3,225.00 | | $ 250.00 | | $ - | 11/29/16 | $ 90.00 | 12.50 | $ 1,125.00 |
| 12/12/16 | $ 375.00 | 15.40 | $ 5,775.00 | | $ 250.00 | | $ - | | $ 90.00 | | $ - |
| 01/13/17 | $ 375.00 | 0.80 | $ 300.00 | | $ 250.00 | | $ - | | $ 90.00 | | $ - |
| 01/25/17 | $ 375.00 | 9.30 | $ 3,487.50 | | $ 250.00 | | $ - | | $ 90.00 | | $ - |
| 04/03/17 | $ 375.00 | 0.10 | $ 37.50 | | $ 250.00 | | $ - | | $ 90.00 | | $ - |
| 06/13/17 | $ 375.00 | 1.90 | $ 712.50 | | $ 250.00 | | $ - | | $ 90.00 | | $ - |
| 06/15/17 | $ 375.00 | 0.80 | $ 300.00 | | $ 250.00 | | $ - | | $ 90.00 | | $ - |
| 06/15/17 | $ 375.00 | 0.10 | $ 37.50 | | $ 250.00 | | $ - | | $ 90.00 | | $ - |
| 06/15/17 | $ 375.00 | 1.00 | $ 375.00 | | $ 250.00 | | $ - | | $ 90.00 | | $ - |
| 06/20/17 | $ 375.00 | 3.70 | $ 1,387.50 | | $ 250.00 | | $ - | | $ 90.00 | | $ - |
| 06/20/17 | $ 375.00 | 2.80 | $ 1,050.00 | | $ 250.00 | | $ - | | $ 90.00 | | $ - |
| 06/24/17 | $ 375.00 | 4.70 | $ 1,762.50 | | $ 250.00 | | $ - | | $ 90.00 | | $ - |
| 06/26/17 | $ 375.00 | 13.60 | $ 5,100.00 | | $ 250.00 | | $ - | | $ 90.00 | | $ - |
| 06/27/17 | $ 375.00 | 0.10 | $ 37.50 | | $ 250.00 | | $ - | | $ 90.00 | | $ - |
| **TOTAL** | | 75.10 | $ 28,162.50 | **TOTAL** | | 11.80 | $ 2,950.00 | **TOTAL** | | 88.20 | $ 7,938.00 |

**EXHIBIT 3**

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice    4030

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

10/7/2016

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | 10/22/2016 | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | | ▮ | ▮ |
| 9/26/2016 | (APPEAL) DRAFT AND FILE VIA CM/ECF THE FOLLOWING:<br>(1) NOTICE OF APPEAL;<br>(2) TRANSCRIPT REQUEST FORM (AND CORRESPOND WITH THE COURT REPORTER);<br>(3) STATEMENT OF THE ISSUES;<br>(4) DESIGNATION OF THE RECORD ON APPEAL (AND CORRESPOND WITH CLERK OF COURT SINCE FILING INSTRUCTIONS REFERS TO FORM THAT IS NO LONGER USED APPARENTLY). | Randall Gilbert | 3.5 | 375.00 | 1,312.50 |
| ▮ | ▮ | ▮ | | ▮ | ▮ |
| 9/28/2016 | REVIEW BANKRUPTCY RULE 8004 AND RESEARCH INTERLOCUTORY APPEAL TO DETERMINE IF A MOTION FOR LEAVE TO FILE TO APPEAL IS REQUIRED. [3.5] | Shirley Sharon | 3.5 | 90.00 | 315.00 |
| 9/28/2016 | (APPEAL) RECEIPT AND REVIEW ORDER FROM COURT REQUIRING CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT. READ LOCAL AND FEDERAL RULE 7.1. | Randall Gilbert | 2.1 | 375.00 | 787.50 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

Page 1

**GILBERT LAW GROUP, P.A.**
1720 Harrison Street, Penthouse B
Hollywood, FL 33020
(954) 620-5000
SGordon@TheConstructionLawyers.com



# Invoice 4030

**Gilbert & Caddy P.A.**
1720 Harrison Street, PH-B                                    10/7/2016
Hollywood, Florida 33020

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | 10/22/2016 | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/28/2016 | CREATE STYLE AND NEW CERTIFICATE OF SERVICE.  REVIEW PARTIES AND CREDITORS FROM THE BANKRUPTCY CASE AND PREPARE SAME AND FILE VIA CM/ECF.; (APPEAL) RECEIPT AND REVIEW DOCKET ENTRIES 99-102 IN BANKRUPTCY COURT AND DOCKET ENTRIES 1-4 IN DISTRICT COURT.<br><br>1. Notice of Appeal<br>2. Transmittal + Docket<br>3. Judge Assignment to Judge Cecilia M. Altonaga<br>4. Clerk's Notice to Parties Re Administrative Order 2015-9 and Amendments to Federal Bankruptcy Rules and Local Rule 87.4 Re Processing of Bankruptcy Appeals<br>99 Transcriber's acknowledgment<br>100 Clerk's Notice of Mailing Notice of Appeal (+  Instructions)<br>101 Transmittal to District Court | | | | |
| 9/29/2016 | (APPEAL) RECEIPT AND REVIEW NOTICE OF CONFIRMATION OF DISTRICT COURT CASE ASSIGNMENT OF APPEAL. | Randall Gilbert | 0.1 | 220.00 | 22.00 |

|  |  |
|---|---|
| **Total** | $3,219.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,219.50 |

Page 2

**GILBERT LAW GROUP, P.A.**
1720 Harrison Street, Penthouse B
Hollywood, FL 33020
(954) 620-5000
SGordon@TheConstructionLawyers.com



# Invoice   4073

**Gilbert & Caddy P.A.**
1720 Harrison Street, PH-B
Hollywood, Florida 33020

11/21/2016

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **12/6/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/12/2016 | (APPEAL) RECEIPT AND REVIEW APPELLEE'S DESIGNATIONS, WHICH FOR WHATEVER REASON RE-STATES THE ITEMS WE ALREADY REQUESTED?? | Randall Gilbert | 0.3 | 375.00 | 112.50 |
| 10/12/2016 | (APPEAL) RECEIVE ORDER REQUIRING APPELLEE TO COMPLY WITH COURT'S ORDER #5.  CALL AND LET THEM KNOW THAT IT WAS MISDOCKETED AS REQUIRING "Appellant." THEY ADVISED THEY WILL CHANGE IT. | Randall Gilbert | 0.3 | 375.00 | 112.50 |
| 10/13/2016 | (APPEAL) RECEIPT AND REVIEW CERTIFICATE OF INTERESTED PARTIES, FROM CABRERA.  CALL AGAIN AND SPEAK WITH JUDGE'S CHAMBERS AND ADVISE THAT CLERK STILL NEEDS TO FIX DOCKET BECAUSE IDENTIFIES RULE TO SHOW CAUSE AGAINST WRONG PARTY. | Randall Gilbert | 0.3 | 375.00 | 112.50 |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

|  | Total |
|---|---|
|  | **Payments/Credits** |
|  | **Balance Due** |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice  4073

**Gilbert & Caddy P.A.**
1720 Harrison Street, PH-B
Hollywood, Florida 33020

11/21/2016

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **12/6/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/18/2016 | (APPEAL) RECEIVE EMAIL FROM COURT REPORTER INQUIRING ABOUT CASE LAW CITED AT THE HEARING. TELEPHONE CONVERSATION WITH HER. REVIEW NOTES, FILES, AND MOTION, AND EMAIL HER ALL POSSIBLE CASES THAT COULD HAVE BEEN CITED DURING THE HEARING. | Randall Gilbert | 0.9 | 375.00 | 337.50 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
1720 Harrison Street, Penthouse B
Hollywood, FL 33020
(954) 620-5000
SGordon@TheConstructionLawyers.com



# Invoice    4073

**Gilbert & Caddy P.A.**
1720 Harrison Street, PH-B
Hollywood, Florida 33020

11/21/2016

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **12/6/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/26/2016 | (APPEAL) RECEIPT AND REVIEW "Notice Regarding Filing Of Transcript And Deadline For Filing Notice Of Intent Or Motions To Request Redaction Of Transcript"  DRAFT EMAIL TO OPP COUNSEL RECOMMENDING PROPOSED AGREED ORDER SO AS TO AVOID DELAY IN HAVING THE RECORD PREPARED.. | Randall Gilbert | 0.4 | 375.00 | 150.00 |
| 10/26/2016 | (APPEAL) RESEARCH: RETAINING LATE INSTALLMENT PAYMENT; ACCEPTANCE OF LATE PAYMENT; WAIVER OF RIGHT TO PURSUE DEFAULT REMEDY. | Shirley Sharon | 3.3 | 90.00 | 297.00 |
| 10/28/2016 | (APPEAL)  RECEIPT AND REVIEW CERTIFICATE OF MAILING OF TRANSCRIPT.  SPEAK WITH OPP COUNSEL ABOUT PROPOSED AGREED ORDER TO GET APPEAL MOVING SO AS NOT TO HAVE TO WAIT FOR RECORD. | Randall Gilbert | 0.3 | 375.00 | 112.50 |
| 10/31/2016 | (APPEAL) RESEARCH: RETAINING A LATE INSTALLMENT PAYMENT; ACCEPTANCE OF LATE PAYMENT; WAIVER OF RIGHT TO PURSUE DEFAULT REMEDY. | Shirley Sharon | 4.3 | 90.00 | 387.00 |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |

|  | **Total** |
|---|---|
|  | **Payments/Credits** |
|  | **Balance Due** |

**GILBERT LAW GROUP, P.A.**
1720 Harrison Street, Penthouse B
Hollywood, FL 33020
(954) 620-5000
SGordon@TheConstructionLawyers.com

# Invoice 4073

**Gilbert & Caddy P.A.**
1720 Harrison Street, PH-B
Hollywood, Florida 33020

11/21/2016

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **12/6/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/1/2016 | (APPEAL) DOWNLOAD RECORD ON APPEAL. PRINT ALL DOCUMENTS, AND ANNOTATE WHERE THE BREAKS ARE IN THE DIFFERENT DOCUMENTS (SINCE THERE IS NO INDEX) FOR EASIER REFERENCE TO THE RECORD | Randall Gilbert | 0.8 | 375.00 | 300.00 |
| 11/2/2016 | (APPEAL) RECEIPT AND REVIEW TRANSMITTAL TO DISTRICT COURT FROM BANKRUPTCY COURT. CALL AND SPEAK WITH CM/ECF DESK BECAUSE THE HEARING TRANSCRIPT HAS NOT BEEN RELEASED EVEN THOUGH THE REDACTIONS WERE DUE YESTERDAY. THEY WILL CALL ME BACK. RECEIPT AND REVIEW DOCKET ENTRY #11 REGARDING WHEN BRIEF IS DUE. SPEAK WITH CM/ECF AND REFERRED TO JANICE OF THE COURT REPORTING SECTION (305) 358-8875. SPEAK WITH HER AND SHE WILL FIND OUT WHY WE DO NOT HAVE ACCESS TO DE #10 TO BE ABLE TO CITE TO IN OUR BRIEFS. RECEIVE CALL FROM JANICE WHO REFERRED ME TO WEST PALM BEACH CASE MANAGERS 561-514-4138/4144 AND LEAVE MESSAGE. | Randall Gilbert | 1.4 | 375.00 | 525.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

Page 4

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice    4073

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

11/21/2016

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **12/6/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/2/2016 | RECEIVE CALL BACK FROM MARIE, NO ONE KNOWS WHY WE DO NOT HAVE ACCESS TO DE#10 THE TRANSCRIPT, SHE WILL FOLLOW UP WITH IT.  GO THROUGH WHAT THEY ARE SEEING ON THEIR SIDE AND THE PAGES ARE DIFFERENT, FIGURE OUT IT IS BECAUSE WE HAVE INDEX AND THEY DO NOT.  HAND NUMBER OUR TRANSCRIPT TO AVOID FURTHER DELAY. | | | | |
| 11/2/2016 | (APPEAL)  RESEARCH: RETAINING LATE PAYMENT IN A SETTLEMENT AGREEMENT. REVIEWED SECONDARY SOURCES RELATING TO WAIVER AND DEFAULT. | Shirley Sharon | 3.7 | 90.00 | 333.00 |
| 11/4/2016 | (APPEAL) RESEARCH: PLEADING ATTORNEY'S FEES AND NOTICE REQUIREMENT. RESEARCH: DEFAULT AS TO A SETTLEMENT CONTRACT; RELATIONSHIP OF CREDITOR AND DEBTOR IN A SETTLEMENT CONTRACT; ENFORCING JUDGMENT AFTER LATE INSTALLMENT PAYMENT; WAIVER BY ACCEPTANCE OF LATE PAYMENT. | Shirley Sharon | 9.8 | 90.00 | 882.00 |

| | **Total** |
|---|---|
| | **Payments/Credits** |
| | **Balance Due** |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice  4073

**Gilbert & Caddy P.A.**
1720 Harrison Street, PH-B
Hollywood, Florida 33020

11/21/2016

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **12/6/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/7/2016 | (APPEAL) REVIEWED: ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM; AND ORDER GRANTING IN PART MOTION FOR RECONSIDERATION TO ALTER AND CORRECT ORDER SUSTAINING OBJECTION TO CLAIM. PULLED AND REVIEWED CASE LAW CITED TO BY SENIOR PARTNER AT JANUARY 28, 2015, HEARING ON DEBTOR OBJECTION TO CLAIM, SHEPARDIZED, AND CHECKED CITING REFERENCES FOR ADDITIONAL CASE LAW. | Shirley Sharon | 4.8 | 90.00 | 432.00 |
| 11/16/2016 | REVIEWED CASE LAW CITED TO BY OPPOSING COUNSEL PARTNER AT JANUARY 28, 2015 HEARING ON DEBTOR'S OBJECTION TO CLAIM, SHEPARDIZED, AND CHECKED CITING REFERENCES FOR ADDITIONAL CASE LAW. | Shirley Sharon | 4.8 | 90.00 | 432.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice    4073

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

11/21/2016

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **12/6/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/17/2016 | (APPEAL) CALL AND SPEAK TO 4TH DCA ABOUT TRYING TO GET BRIEFS THAT WERE FILED IN THE SUBLIME AND TREASURE COAST CASES. UNFORTUNATELY THEY WERE DESTROYED.  TRY TO FIND ATTORNEYS ON CASE.  ONE NO LONGER PRACTICES, ANOTHER IS DECEASED, SPEAK TO WAYNE KAPLAN, ESQ. ABOUT HIS SUBLIME CASE TO DISCUSS WHY THE CHECK WAS RETURNED IF HE REMEMBERS. | Randall Gilbert | 1.3 | 375.00 | 487.50 |
| 11/18/2016 | (APPEAL) RESEARCH: FUTILITY DOCTRINE; MODIFICATION; ACCORD AND SATISFACTION; CONSIDERATION AND FUTURE BENEFITS.   PULLED AND CHECKED CITING SOURCES FOR FLA. STAT. 83.202 REQUIRING RETURN OF LATE PAYMENT BY LANDLORDS SEEKING EVICTION. | Shirley Sharon | 6.5 | 90.00 | 585.00 |
| 11/21/2016 | (APPEAL) DRAFT ARGUMENT, REVIEWING AND INCORPORATING RECORD AND RESEARCH IN ANALYSIS. | Shirley Sharon | 6 | 90.00 | 540.00 |

| | |
|---|---|
| **Total** | $10,177.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,177.50 |

**GILBERT LAW GROUP, P.A.**
1720 Harrison Street, Penthouse B
Hollywood, FL 33020
(954) 620-5000
SGordon@TheConstructionLawyers.com



## Invoice    4154

**Gilbert & Caddy P.A.**
1720 Harrison Street, PH-B
Hollywood, Florida 33020

2/3/2017

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | 2/18/2017 | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/23/2016 | (APPEAL) DRAFT ARGUMENT FOR APPELLANT BRIEF | Shirley Sharon | 5.5 | 90.00 | 495.00 |
| 11/25/2016 | (APPEAL) DRAFT ARGUMENT FOR APPELLANT BRIEF | Shirley Sharon | 7.5 | 90.00 | 675.00 |
| 11/26/2016 | (APPEAL) DRAFT ARGUMENT FOR APPELLANT BRIEF | Shirley Sharon | 7 | 90.00 | 630.00 |
| 11/28/2016 | (APPEAL) DRAFT ARGUMENT FOR APPELLANT BRIEF | Shirley Sharon | 9 | 90.00 | 810.00 |
| 11/29/2016 | (APPEAL) DRAFT ARGUMENT FOR APPELLANT BRIEF | Shirley Sharon | 12.5 | 90.00 | 1,125.00 |
| ■■■ | ■■■■■■■■■■■■■■■■■■■ | ■■■■■■■■ | ■■■ | ■■■ |
| 12/4/2016 | (APPEAL) DRAFT AND PREPARE MOTION FOR EXTENSION OF TIME, PROVIDE EXHIBITS AS PROOF OF GOOD FAITH, DRAFT PROPOSED ORDER, UPLOAD AND SERVE VIA CM/ECF. | Randall Gilbert | 0.5 | 375.00 | 187.50 |
| 12/11/2016 | (APPEAL) GO THROUGH RECORD AND DRAFT STATEMENT OF FACTS WITH CITATIONS TO THE RECORD. | Randall Gilbert | 8.6 | 375.00 | 3,225.00 |
| 12/12/2016 | (APPEAL) EDIT REVISE AND COMPLETE APPELLANT'S BRIEF AND SERVE VIA CM/ECF. | Randall Gilbert | 15.4 | 375.00 | 5,775.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

Page 1

**GILBERT LAW GROUP, P.A.**
1720 Harrison Street, Penthouse B
Hollywood, FL 33020
(954) 620-5000
SGordon@TheConstructionLawyers.com



## Invoice     4154

**Gilbert & Caddy P.A.**
1720 Harrison Street, PH-B
Hollywood, Florida 33020

2/3/2017

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | 2/18/2017 | 1000.14100- Cabrera |



Page 2

**GILBERT LAW GROUP, P.A.**
1720 Harrison Street, Penthouse B
Hollywood, FL 33020
(954) 620-5000
SGordon@TheConstructionLawyers.com



# Invoice  4154

**Gilbert & Caddy P.A.**
1720 Harrison Street, PH-B
Hollywood, Florida 33020

2/3/2017

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | 2/18/2017 | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ |
| 1/13/2017 | (APPEAL) BRIEFLY REVIEW ANSWER BRIEF, AND DISCUSS WITH LAW CLERK. | Randall Gilbert | 0.8 | 375.00 | 300.00 |

| | |
|---|---|
| **Total** | $17,222.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $17,222.50 |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice    4190

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**            3/13/2017
**Hollywood, Florida 33020**

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **3/28/2017** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/25/2017 | (APPEAL) EDIT AND REVISE REPLY BRIEF AND FILE VIA CM/ECF. | Randall Gilbert | 9.3 | 375.00 | 3,487.50 |
| ■■■ | ■■■ | | ■■■ | ■■■ | ■■■ |

| | |
|---|---|
| **Total** | $3,525.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,525.00 |

**GILBERT LAW GROUP, P.A.**
1720 Harrison Street, Penthouse B
Hollywood, FL 33020
(954) 620-5000
SGordon@TheConstructionLawyers.com



# Invoice    4389

**Gilbert & Caddy P.A.**
1720 Harrison Street, PH-B
Hollywood, Florida 33020

6/23/2017

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | 7/8/2017 | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | | ▮ | ▮ |
| ▮ | ▮ | ▮ | | ▮ | ▮ |
| 4/3/2017 | (APPEAL) RECEIVE FILING FROM APPELLATE COURT OF NOTICE OF CHANGE OF MAGISTRATE PAIRING. | Randall Gilbert | 0.1 | 375.00 | 37.50 |
| ▮ | ▮ | ▮ | | ▮ | ▮ |
| ▮ | ▮ | ▮ | | ▮ | ▮ |

|  | **Total** |
|---|---|
|  | **Payments/Credits** |
|  | **Balance Due** |

Page 1

**GILBERT LAW GROUP, P.A.**
1720 Harrison Street, Penthouse B
Hollywood, FL 33020
(954) 620-5000
SGordon@TheConstructionLawyers.com



## Invoice    4389

**Gilbert & Caddy P.A.**
1720 Harrison Street, PH-B
Hollywood, Florida 33020

6/23/2017

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | 7/8/2017 | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/13/2017 | (APPEAL) RESEARCH ISSUE OF APPELLATE COURT IN SAME POSITION AS TRIAL COURT, WRITTEN EVIDENCE ONLY EVIDENCE CONSIDERED, LACK OF TESTIMONY, WEIGHT OF EVIDENCE. | Bryce Gilbert | 1.8 | 250.00 | 450.00 |
| 6/13/2017 | (APPEAL) RECEIPT AND REVIEW ORDER AND RE-READ ORDER.  RE-READ BRIEFS. STRATEGIES AND SPEAK WITH OTHER APPELLATE LAWYER AND INSTRUCT ASSOCIATE TO PULL CASE LAW ON APPELLATE COURT BEING IN SAME VANTAGE POINT AS TRIAL COURT SINCE EVIDENTIARY ISSUES WERE TRIED BY STIPULATIONS, AND THEREFORE NO NEED TO GIVE DEFERENCE OR REMAND. | Randall Gilbert | 1.9 | 375.00 | 712.50 |
| 6/14/2017 | (APPEAL) RESEARCH STATE AND FEDERAL CASE LAW RE: APPELLATE CAPACITY TO REEXAMINE EVIDENCE THAT IS UNCONTESTED, SAME POSITION OF REVIEW BY COURTS, ISSUE OF CREDIBILITY VS REVIEW OF EVIDENCE UNRELATED TO CONSIDERATION OF CREDIBILITY. | Bryce Gilbert | 3.1 | 250.00 | 775.00 |

| | **Total** |
|---|---|
| | **Payments/Credits** |
| | **Balance Due** |

**GILBERT LAW GROUP, P.A.**
1720 Harrison Street, Penthouse B
Hollywood, FL 33020
(954) 620-5000
SGordon@TheConstructionLawyers.com



## Invoice   4389

**Gilbert & Caddy P.A.**
1720 Harrison Street, PH-B                     6/23/2017
Hollywood, Florida 33020

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **7/8/2017** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/15/2017 | (APPEAL) MEET WITH ASSOCIATE REGARDING STATE CASES DEALING WITH THE ISSUE OF APPELLATE COURT BEING IN SAME POSITION AS LOWER COURT AND FEDERAL COURTS DEALING WITH THIS ISSUE AND READ SUMMARIES OF FINDINGS OF CASES, AND DECIDE NOT TO FILE MOTION FOR RE-HEARING. | Randall Gilbert | 0.8 | 375.00 | 300.00 |
| 6/15/2017 | (APPEAL) RECEIVE ORDER ON REMAND FILED IN BANKRUPTCY CASE. | Randall Gilbert | 0.1 | 375.00 | 37.50 |
| 6/15/2017 | (APPEAL) REVIEW RULES AND LOCAL RULES AND TREATISE REGARDING FILING OF MOTION FOR APPELLATE ATTORNEY FEES AND EMAIL ASSOCIATE TO RESEARCH FURTHER. | Randall Gilbert | 1 | 375.00 | 375.00 |
| 6/15/2017 | (APPEAL) FINALIZE RESEARCH ON ISSUE CONCERNING REHEARING ON BASIS OF NO FACTUAL DIFFERENCE AND APPELLATE COURT IN SAME POSITION AS TRIAL COURT. RESEARCH ISSUE OF MOVING FOR COSTS AND ATTORNEYS FEES. | Bryce Gilbert | 1.9 | 250.00 | 475.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
1720 Harrison Street, Penthouse B
Hollywood, FL 33020
(954) 620-5000
SGordon@TheConstructionLawyers.com



# Invoice  4389

**Gilbert & Caddy P.A.**
1720 Harrison Street, PH-B
Hollywood, Florida 33020

6/23/2017

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | 7/8/2017 | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/16/2017 | (APPEAL) FINALIZE RESEARCH ON MOTION FOR ATTORNEYS FEES, RESEARCH FEDERAL RULES 7054, 54, 9014, AND ABILITY TO PROCEED UNDER 54.  PREPARE MEMORANDUM. | Bryce Gilbert | 3.5 | 250.00 | 875.00 |
| 6/20/2017 | (APPEAL) CONVERSATION WITH COURT REPORTER RE: TRANSCRIPT. RECEIPT AND REVIEW EMIL FROM REPORTER RE: FORM. PREPARE FORM AND EMAIL TO REPORTER FOR REQUEST OF TRANSCRIPT. | Bryce Gilbert | 1.1 | 250.00 | 275.00 |
| 6/20/2017 | (APPEAL) EDIT AND ADD TO MOTION FOR ATTORNEY FEES AND COSTS. | Randall Gilbert | 3.7 | 375.00 | 1,387.50 |
| 6/20/2017 | ATTEND HEARING BEFORE BANKRUPTCY COURT AND ADVISE OF APPELLATE ORDER REMANDING CASE. WE WERE DEAD LAST ON DOCKET. BASED UPON HEARING AND COMMENTS FROM TRIAL JUDGE ADVISE ASSOCIATE TO ORDER | Randall Gilbert | 2.8 | 375.00 | 1,050.00 |
| 6/23/2017 | (APPEAL) BEGIN RESEARCH ON ISSUE OF REMAND AND NEW EVIDENCE TO BE TAKEN. | Bryce Gilbert | 0.4 | 250.00 | 100.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice    4389

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

6/23/2017

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **7/8/2017** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/24/2017 | (APPEAL) GO TO LAW LIBRARY AND RESEARCH ALR AND WRIGHT AND MILLER AND CASE LAW REGARDING REMAND, LIMITATIONS, AND STANDARD WHEN FACTS ARE BASED ON UNDISPUTED EVIDENCE. | Randall Gilbert | 4.7 | 375.00 | 1,762.50 |
| 6/26/2017 | (APPEAL) READ AND REVIEW TRANSCRIPT FROM 06/20/17 HEARING, REVIEW CASE LAW AND CONDUCT FURTHER LEGAL RESEARCH AND DRAFT AND PREPARE MOTION FOR REHEARING AND OR CLARIFICATION . | Randall Gilbert | 13.6 | 375.00 | 5,100.00 |
| 6/27/2017 | (APPEAL) RECEIPT AND REVIEW ORDER DENYING MOTION FOR REHEARING OR IN THE ALTERNATIVE FOR CLARIFICATION. | Randall Gilbert | 0.1 | 375.00 | 37.50 |

| | |
|---|---|
| **Total** | $13,975.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $13,975.00 |

Page 5