**Randall Gilbert, Esq.**

| timekeeper | rate | time | total |
|---|---|---|---|
| 11/06/15 | $ 375.00 | 1.20 | $ 450.00 |
| | $ 375.00 | | $ - |
| 11/20/15 | $ 375.00 | 0.50 | $ 187.50 |
| 01/07/16 | $ 375.00 | 5.00 | $ 1,875.00 |
| 01/08/16 | $ 375.00 | 4.30 | $ 1,612.50 |
| 01/11/16 | $ 375.00 | 1.40 | $ 525.00 |
| 01/12/16 | $ 375.00 | 0.40 | $ 150.00 |
| 01/13/16 | $ 375.00 | 0.80 | $ 300.00 |
| 01/15/16 | $ 375.00 | 0.10 | $ 37.50 |
| 01/15/16 | $ 375.00 | 0.10 | $ 37.50 |
| 01/19/16 | $ 375.00 | 5.00 | $ 1,875.00 |
| | $ 375.00 | | $ - |
| | $ 375.00 | | $ - |
| 01/25/16 | $ 375.00 | 1.40 | $ 525.00 |
| 01/25/16 | $ 375.00 | 0.30 | $ 112.50 |
| 01/25/16 | $ 375.00 | 0.20 | $ 75.00 |
| | $ 375.00 | | $ - |
| 01/26/16 | $ 375.00 | 3.00 | $ 1,125.00 |
| 01/26/16 | $ 375.00 | 3.70 | $ 1,387.50 |
| | $ 375.00 | | $ - |
| 01/27/16 | $ 375.00 | 4.70 | $ 1,762.50 |
| 01/28/16 | $ 375.00 | 6.20 | $ 2,325.00 |
| 01/29/16 | $ 375.00 | 8.40 | $ 3,150.00 |
| 01/30/16 | $ 375.00 | 5.30 | $ 1,987.50 |
| 02/01/16 | $ 375.00 | 0.60 | $ 225.00 |
| | $ 375.00 | | $ - |
| 02/08/16 | $ 375.00 | 0.40 | $ 150.00 |
| 02/09/16 | $ 375.00 | 0.40 | $ 150.00 |
| 02/11/16 | $ 375.00 | 0.10 | $ 37.50 |
| 03/18/16 | $ 375.00 | 0.40 | $ 150.00 |
| 04/12/16 | $ 375.00 | 0.20 | $ 75.00 |
| 04/18/16 | $ 375.00 | 0.40 | $ 150.00 |
| 05/01/16 | $ 375.00 | 3.30 | $ 1,237.50 |
| | $ 375.00 | | $ - |
| 05/03/16 | $ 375.00 | 1.10 | $ 412.50 |
| 05/24/16 | $ 375.00 | 0.30 | $ 112.50 |
| 05/25/16 | $ 375.00 | 0.10 | $ 37.50 |
| 08/08/16 | $ 375.00 | 0.20 | $ 75.00 |
| 09/21/16 | $ 375.00 | 0.30 | $ 112.50 |
| | $ 375.00 | | $ - |
| 10/24/16 | $ 375.00 | 8.00 | $ 3,000.00 |
| 10/25/16 | $ 375.00 | 2.50 | $ 937.50 |
| 11/01/16 | $ 375.00 | 0.20 | $ 75.00 |
| 12/04/16 | $ 375.00 | 0.10 | $ 37.50 |
| 12/19/16 | $ 375.00 | 5.20 | $ 1,950.00 |
| | $ 375.00 | | $ - |
| 12/20/16 | $ 375.00 | 3.00 | $ 1,125.00 |
| 12/29/16 | $ 375.00 | 0.30 | $ 112.50 |
| | $ 375.00 | | $ - |
| 02/07/17 | $ 375.00 | 0.10 | $ 37.50 |
| 03/20/17 | $ 375.00 | 0.20 | $ 75.00 |
| 03/28/17 | $ 375.00 | 0.10 | $ 37.50 |
| 04/22/17 | $ 375.00 | 0.10 | $ 37.50 |
| 05/25/17 | $ 375.00 | 0.20 | $ 75.00 |
| 07/07/17 | $ 375.00 | 0.20 | $ 75.00 |
| 07/12/17 | $ 375.00 | 1.50 | $ 562.50 |
| | $ 375.00 | | $ - |
| 07/13/17 | $ 375.00 | 2.20 | $ 825.00 |
| 07/14/17 | $ 375.00 | 1.10 | $ 412.50 |
| 08/11/17 | $ 375.00 | 4.90 | $ 1,837.50 |
| 08/17/17 | $ 375.00 | 0.30 | $ 112.50 |
| | $ 375.00 | | $ - |
| 08/21/17 | $ 375.00 | 0.20 | $ 75.00 |
| | $ 375.00 | | $ - |
| | $ 375.00 | | $ - |
| 08/23/17 | $ 375.00 | 2.30 | $ 862.50 |
| 08/24/17 | $ 375.00 | 1.70 | $ 637.50 |
| 08/25/17 | $ 375.00 | 0.10 | $ 37.50 |
| 08/25/17 | $ 375.00 | 6.60 | $ 2,475.00 |
| 08/31/17 | $ 375.00 | 0.60 | $ 225.00 |
| 09/04/17 | $ 375.00 | 0.30 | $ 112.50 |
| 09/19/17 | $ 375.00 | 2.30 | $ 862.50 |
| 09/21/17 | $ 375.00 | 0.10 | $ 37.50 |
| 10/13/17 | $ 375.00 | 8.80 | $ 3,300.00 |
| 10/17/17 | $ 375.00 | 8.00 | $ 3,000.00 |
| 10/18/17 | $ 375.00 | 7.20 | $ 2,700.00 |
| 10/19/17 | $ 375.00 | 0.10 | $ 37.50 |
| 10/23/17 | $ 375.00 | 0.20 | $ 75.00 |
| **TOTAL** | | **128.50** | **$ 48,187.50** |

**Bryce Gilbert, Esq.**

| timekeeper | rate | time | total |
|---|---|---|---|
| 11/09/15 | $ 250.00 | 0.10 | $ 25.00 |
| 01/20/16 | $ 250.00 | 3.10 | $ 775.00 |
| 01/22/16 | $ 250.00 | 1.50 | $ 375.00 |
| 01/25/16 | $ 250.00 | 3.20 | $ 800.00 |
| 01/26/16 | $ 250.00 | 1.10 | $ 275.00 |
| 02/01/16 | $ 250.00 | 0.70 | $ 175.00 |
| 05/02/16 | $ 250.00 | 1.20 | $ 300.00 |
| 09/27/16 | $ 250.00 | 2.50 | $ 625.00 |
| 12/19/16 | $ 250.00 | 2.10 | $ 525.00 |
| 01/12/17 | $ 250.00 | 1.00 | $ 250.00 |
| 07/13/17 | $ 250.00 | 5.40 | $ 1,350.00 |
| 08/17/17 | $ 250.00 | 0.70 | $ 175.00 |
| 08/21/17 | $ 250.00 | 0.60 | $ 150.00 |
| 08/22/17 | $ 250.00 | 0.80 | $ 200.00 |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| | $ 250.00 | | $ - |
| **TOTAL** | | **24.00** | **$ 6,000.00** |

**Shirley Sharon**

| timekeeper | rate | time | total |
|---|---|---|---|
| 11/16/16 | $ 90.00 | 4.80 | $ 432.00 |
| 08/31/17 | $ 90.00 | 5.50 | $ 495.00 |
| 09/01/17 | $ 90.00 | 4.00 | $ 360.00 |
| 09/05/17 | $ 90.00 | 5.00 | $ 450.00 |
| | | | $ - |
| 09/19/17 | $ 175.00 | 11.50 | $ 2,012.50 |
| 09/20/17 | $ 175.00 | 5.00 | $ 875.00 |
| 10/18/17 | $ 175.00 | 4.30 | $ 752.50 |
| **TOTAL** | | **40.10** | **$ 5,377.00** |

**Shayna Gordon**

| timekeeper | rate | time | total |
|---|---|---|---|
| 01/26/16 | $ 90.00 | 0.50 | $ 45.00 |
| 01/28/16 | $ 90.00 | 0.50 | $ 45.00 |
| 08/07/17 | $ 90.00 | 0.50 | $ 45.00 |
| 08/15/17 | $ 90.00 | 0.60 | $ 54.00 |
| 08/16/17 | $ 90.00 | 0.10 | $ 9.00 |
| 08/21/17 | $ 90.00 | 0.20 | $ 18.00 |
| 10/18/17 | $ 90.00 | 1.00 | $ 90.00 |
| | | **3.40** | **$ 306.00** |

EXHIBIT

1

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice   3646

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**                    1/20/2016
**Hollywood, Florida 33020**

| | Terms | **Due Date** | Matter Number |
|---|---|---|---|
| | Net 15; thereafter @ 1.5% | **2/4/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/6/2015 | PUT TOGETHER PROOF OF CLAIM WITH SUPPORTING DOCUMENTATION AND EXPLANATION THEREOF AND FILE VIA CM/ECF. | Randall Gilbert | 1.2 | 375.00 | 450.00 |
| 11/9/2015 | CONVERSATION WITH COUNSEL RE: SETTLEMENT. | Bryce Gilbert | 0.1 | 250.00 | 25.00 |
| 11/20/2015 | RECEIVE AND DOWNLOAD BANKRUPTCY FILINGS BY NELSON CABRERA.  BEGIN REVIEWING AND ASK ASSOCIATE TO RESEARCH CERTAIN ISSUES. | Randall Gilbert | 0.5 | 375.00 | 187.50 |
| 1/7/2016 | (BANKRUPTCY) RECEIPT AND REVIEW OBJECTION TO CLAIM AND MOTION FOR RELIEF FROM WAGE GARNISHMENT ORDER.  DRAFT AND PREPARE NOTICE OF CONTEST TO BOTH. | Randall Gilbert | 5 | 375.00 | 1,875.00 |
| 1/8/2016 | RESEARCH AND PREPARE MOTION FOR RELIEF FROM CO-DEBTOR STAY PURSUANT TO 11 USC 1301.  DRAFT CERTIFICATE OF SERVICE. DRAFT PROPOSED ORDER.  FILE WITH CM/ECF. | Randall Gilbert | 4.3 | 375.00 | 1,612.50 |
| 1/11/2016 | CONSULT WITH BANKRUPTCY ATTORNEY AND RESEARCH AND DRAFT AND PREPARE OBJECTION TO CONFIRMATION OF PLAN. | Randall Gilbert | 1.4 | 375.00 | 525.00 |
| 1/12/2016 | FINALIZE OBJECTION TO PLAN AND FILE. | Randall Gilbert | 0.4 | 375.00 | 150.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice    3646

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

1/20/2016

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **2/4/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/13/2016 | RECEIVE 2ND AMENDED CHAPTER 13 PLAN, RESEARCH AND DRAFT 2ND OBJECTION. | Randall Gilbert | 0.8 | 375.00 | 300.00 |
| 1/15/2016 | REVIEW CERTIFICATE OF COMPLETION OF PERSONAL FINANCIAL MANAGEMENT COURSE. | Randall Gilbert | 0.1 | 375.00 | 37.50 |
| 1/15/2016 | FINALIZE 2ND OBJECTION TO CONFIRMATION AND FILE VIA CM/ECF. | Randall Gilbert | 0.1 | 375.00 | 37.50 |
| 1/19/2016 | PREPARE FOR AND ATTEND CONFIRMATION HEARING AND OBJECTION THERETO.<br><br>ARGUE OBJECTION TO DEBTOR'S MOTION FOR WAIVER OF WAGE DEDUCTION.  DRAFT PROPOSED ORDER RESETTING SAME AND EMAIL OPP COUNSEL REGARDING SAME. | Randall Gilbert | 5 | 375.00 | 1,875.00 |
| 1/20/2016 | RESEARCH RULES OF PROCEDURE, RULES OF ADMINISTRATION, SECONDARY SOURCES AND CASE LAW RE: 5 DAY RULE, EXTENSION VIA MAILING, COURT ORDERS, AFFECT OF ORDER AND TIME. | Bryce Gilbert | 3.1 | 250.00 | 775.00 |
| | | Reimb Group | | | |
| 1/12/2016 | (Law Offices vs. Cabrera) Co-counsel | | | 500.00 | 500.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



## Invoice    3646

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

1/20/2016

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **2/4/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/18/2016 | Photocopies | | | 15.00 | 15.00 |
| | Total Reimbursable Expenses | | | | 515.00 |

| | |
|---|---|
| **Total** | $8,365.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,365.00 |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com

# Invoice    3695

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

**2/15/2016**

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **3/1/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/22/2016 | REVIEW BANKRUPTCY FILINGS. PREPARE STIPULATION AND EXHIBITS FOR PARTNER REVIEW. | Bryce Gilbert | 1.5 | 250.00 | 375.00 |
| 1/25/2016 | RECEIPT AND REVIEW RESPONSE TO MOTION FOR RELIEF FROM CO-DEBTOR STAY. PUT TOGETHER DOCUMENTS FOR TOMORROW'S HEARING RELATING TO SAME AND SPEAK TO ASSOCIATE ABOUT RESEARCHING ISSUE.  RECEIVE AND REVIEW CASE LAW FROM ASSOCIATE AND DISCUSS, AND EMIL BACK ADDITIONAL ISSUES NEEDED TO BE RESEARCHED AND NARROWED. | Randall Gilbert | 1.4 | 375.00 | 525.00 |
| 1/25/2016 | RECEIVE TWO ORDERS SETTING HEARINGS ON WAGE DEDUCTION AND SPECIAL SET FOR OBJECTION TO CLAIM. DRAFT AND FILE VIA CM/ECF CERTIFICATE OF SERVICE.  SEPARATELY SERVE ON JENNIFER CABRERA. | Randall Gilbert | 0.3 | 375.00 | 112.50 |
| 1/25/2016 | RECEIPT AND REVIEW  ORDER CONTINUING CONFIRMATION HEARING, TRUSTEE'S OBJECTION TO EXEMPTIONS AND MAKING ALL DEBTOR PAYMENTS NON-REFUNDABLE.  CALENDAR SAME. | Randall Gilbert | 0.2 | 375.00 | 75.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



## Invoice    3695

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**                    **2/15/2016**
**Hollywood, Florida 33020**

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **3/1/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/25/2016 | RESEARCH CASE LAW, SECONDARY SOURCES AND STATUTES REGARDING REPETITION TERMS AND COMPLIANCE, 11 USC 1301, JOINT DEBTOR EXCEPTIONS, PLAN PAYMENTS | Bryce Gilbert | 3.2 | 250.00 | 800.00 |
| 1/26/2016 | REVIEW CASE LAW AND PREPARE FOR AND ATTEND HEARING ON MOTION FOR STAY RELIEF AGAINST CO-DEBTOR. | Randall Gilbert | 3 | 375.00 | 1,125.00 |
| 1/26/2016 | EDIT JOINT STIPULATION PREPARED BY ASSOCIATE.  OBTAIN DOCUMENTS AND REDACT FROM DOCUMENTS IN PREPARATION OF JOINT STIPULATION FOR UPCOMING HEARING ON DEFENDANT'S OBJECTION TO CLAIM. EMAIL TO OPP COUNSEL FOR HIS REVIEW. | Randall Gilbert | 3.7 | 375.00 | 1,387.50 |
| 1/26/2016 | GATHERED NECESSARY DOCUMENTATION AND PREPARED ATTORNEY FOR HEARING ON MOTION RELIEF FROM CO-DEBTOR STAY. | Diego A. Cabrera | 0.5 | 90.00 | 45.00 |
| 1/26/2016 | RESEARCH FOR PARTNER RE: NON-DEFAULT AND AFFECT OF BANKRUPTCY CLAIM ON AND ON CODEBTOR, AGREED SETTLEMENT AND PAYMENT PLANS. | Bryce Gilbert | 1.1 | 165.00 | 181.50 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice    3695

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

**2/15/2016**

| Terms | | Due Date | Matter Number |
|---|---|---|---|
| Net 15; thereafter @ 1.5% | | **3/1/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/27/2016 | GO BACK AND FORTH WITH OPP COUNSEL WITH 5 REVISIONS TO JOINT STIPULATION RELATING TO TOMORROW'S OBJECTION TO CLAIM AND UPLOAD TO CM/ECF | Randall Gilbert | 4.7 | 220.00 | 1,034.00 |
| 1/28/2016 | PREPARE FOR EVIDENTIARY HEARING ON DEBTOR'S OBJECTION TO CLAIM. REVIEW OPPOSING COUNSEL'S TEN (10) OPPOSING CASE LAW EMAILED TO ME AND TRY TO DISTINGUISH.  ARGUE HEARING IN COURT. | Randall Gilbert | 6.2 | 220.00 | 1,364.00 |
| 1/28/2016 | HELPED TO PREPARE ATTORNEY FOR HEARING ON MOT TO | Diego A. Cabrera | 0.5 | 90.00 | 45.00 |
| 1/29/2016 | RESEARCH AND DRAFT AND PREPARE FINAL JUDGMENT. | Randall Gilbert | 8.4 | 220.00 | 1,848.00 |
| 1/30/2016 | CONTINUE RESEARCHING AND DRAFT AND PREPARE FINAL JUDGMENT. | Randall Gilbert | 5.3 | 220.00 | 1,166.00 |
| 2/1/2016 | RECEIVE REVISION FROM ASSOCIATE AND FURTHER EDIT AND ADD ADDITIONAL ARGUMENT AND EMAIL TO OPP COUNSEL. | Randall Gilbert | 0.6 | 220.00 | 132.00 |
| 2/1/2016 | REVIEW DRAFT ORDER. RESEARCH WAIVER OF LATE PAYMENTS, RELATED NOTICES FOR RULES OF PROCEDURE BEING APPLIED. | Bryce Gilbert | 0.7 | 165.00 | 115.50 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice    3695

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

**2/15/2016**

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **3/1/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/8/2016 | RECEIPT AND REVIEW 3RD AMENDED CHAPTER 13 PLAN. COMPARE WITH SCHEDULE F, COMPARE WITH 2ND AMENDED CHAPTER 13 PLAN TO SEE CHANGES. ANNOTATE SAME. | Randall Gilbert | 0.4 | 220.00 | 88.00 |
| 2/9/2016 | VISIT JUDGE?S CHAMBERS AND ASK IF THEY RECEIVED A PROPOSED ORDER FROM OPP COUNSEL ON 15-29656 SINCE WE DID NOT RECEIVE A COPY AND IT WAS DUE YESTERDAY. HAVE ASSISTANT PRINT OUT OPP COUNSEL?S PROPOSED ORDER SINCE WE WERE NOT PROVIDED WITH COPY. READ PROPOSED ORDER. ALSO RECEIVE EMAIL FROM OPP COUNSEL LATER IN THE DAY PROVIDING SAME. | Randall Gilbert | 0.4 | 220.00 | 88.00 |
| 2/11/2016 | RECEIPT AND REVIEW TRUSTEE'S NOTICE OF DEFICIENCY, AND RECOMMENDATION. | Randall Gilbert | 0.1 | 220.00 | 22.00 |
| 2/15/2016 | Photocopies | | | 270.00 | 270.00 |

| | | |
|---|---|---|
| **Total** | | $10,799.00 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $10,799.00 |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



## Invoice    3803

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**                                    **4/22/2016**
**Hollywood, Florida 33020**

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **5/7/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/18/2016 | RECEIPT AND REVIEW PROOF OF CLAIM FROM FANNIE MAE.  REVIEW 4TH AMENDED CHAPTER 13 PLAN TO SEE IF AND HOW IT AFFECTS US, AND DETERMINE THEIR SECURED CLAIM DOES NOT AFFECT OUR TREATMENT. | Randall Gilbert | 0.4 | 375.00 | 150.00 |
| 4/12/2016 | RECEIPT AND REVIEW OBJECTION TO CLAIM, NOTICE OF HEARING, AND CERTIFICATE OF SERVICE ON CONTINUATION OF THE CONFIRMATION HEARING. | Randall Gilbert | 0.2 | 375.00 | 75.00 |

| | |
|---|---|
| **Total** | $225.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $225.00 |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice    4553

**Gilbert Law Group, P.A.**
**1720 Harrison Street, PH-B**                                    8/23/2016
**Hollywood, Florida 33020**

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **9/7/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/18/2016 | BASED ON TOMORROW'S CONFIRMATION HEARING BEING SET, SPEAK WITH COUNSEL FOR TRUSTEE, AND WITH LAW CLERK ABOUT ORDER THAT IS STILL PENDING, AND WITH OPP COUNSEL ABOUT TOMORROW AND US CONTINUALLY BEING ROLLED UNTIL PENDING MOTION IS DECIDED. | Randall Gilbert | 0.4 | 375.00 | 150.00 |
| 5/1/2016 | READ ORDER FROM COURT SUSTAINING DEBTOR'S OBJECTION TO CLAIM. RESEARCH ABILITY TO FILE MOTION FOR REHEARING AND STANDARD FOR SAME, FILE MOTION FOR RECONSIDERATION AND CITE TO APPLICABLE RULES, AND DRAFT MOTION FOR SAME. | Randall Gilbert | 3.3 | 375.00 | 1,237.50 |
| 5/2/2016 | CONVERSATION WITH PARTNER RE: RESEARCH ON WAIVER AND EXPRESS RESERVATIONS. RESEARCH ABOVE ISSUES AND PREPARE EMAIL TO PARTNER RE: RESULTS. | Bryce Gilbert | 1.2 | 250.00 | 300.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice    4553

**Gilbert Law Group, P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

8/23/2016

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | 9/7/2016 | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/3/2016 | READ ADDITIONAL CASE LAW PUT IN SUPPLEMENT TO OUR MOTION FOR REHEARING AND PULL ADDITIONAL CASE LAW REGARDING FUTILE EFFORTS, AND ANTI-WAIVER PROVISION, AND EDIT SUPPLEMENT PREPARED BY ASSOCIATE. | Randall Gilbert | 1.1 | 375.00 | 412.50 |
| 5/24/2016 | RECEIPT AND REVIEW CERTIFICATE OF SERVICE FROM OPP COUNSEL [DE#80] FOR THEIR RESPONSE TO OUR MOTION FOR REHEARING.  DRAFT OUR OWN CERTIFICATE OF SERVICE [DE #81] FOR DE #73 AND DE #75 AND FILE WITH CM/ECF | Randall Gilbert | 0.3 | 375.00 | 112.50 |
| 5/25/2016 | RECEIPT AND REVIEW NOTICE OF CONTINUATION OF CONFIRMATION HEARING.  CALENDAR SAME. | Randall Gilbert | 0.1 | 375.00 | 37.50 |
| 8/8/2016 | RECEIPT AND REVIEW NOTICE OF CONTINUED CONFIRMATION HEARING. SPEAK WITH JUDGE'S JA AND WITH LAW CLERK ABOUT PENDING MOTION FOR RECONSIDERATION. | Randall Gilbert | 0.2 | 375.00 | 75.00 |

| | |
|---|---|
| **Total** | $2,325.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,325.00 |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



**Invoice    4030**

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

**10/7/2016**

| Terms | | Due Date | Matter Number |
|---|---|---|---|
| Net 15; thereafter @ 1.5% | | **10/22/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 9/21/2016 | RECEIPT AND REVIEW ORDER ON MOTION FOR RECONSIDERATION. | Randall Gilbert | 0.3 | 375.00 | 112.50 | |
| 9/26/2016 | ██████████████████ | ████████ | ████ | | ████ | Appellate |
| 9/27/2016 | PREPARE FOR AND ATTEND CONFIRMATION PLAN HEARING. | Bryce Gilbert | 2.5 | 250.00 | 625.00 | |
| 9/28/2016 | ████████████████ | ██████ | ██ | ██ | ██ | Appellate |

| Total | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |



**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice   4030

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

**10/7/2016**

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **10/22/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 9/28/2016 | ██████████████ | ███████ | ████ | | ██ | Appellate |



| | | |
|---|---|---|
| **Total** | | |
| **Payments/Credits** | | |
| **Balance Due** | | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice   4030

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

**10/7/2016**

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **10/22/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/28/2016 | | | | | |
| 9/29/2016 | | | | | |

|  |  |
|---|---|
| **Total** | $3,219.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,219.50 |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice   4073

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

11/21/2016

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **12/6/2016** | 1000.14100- Cabrera |



| Date | Description | Attorney | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 10/12/2016 | | | | | | Appellate |
| 10/12/2016 | | | | | | Appellate |
| 10/13/2016 | | | | | | Appellate |
| 10/13/2016 | | | | | | Appellate |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice    **4073**

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

**11/21/2016**

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **12/6/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 10/18/2016 | ███████████████ | ██████ | ███ | | ███ | Appel late |
| 10/24/2016 | REVIEW MOTION FOR ATTORNEY FEES AND COSTS. PULL CASE LAW IN OPPOSITION. PUT TOGETHER EXHIBITS IN OPPOSITION (INCLUDING TRANSCRIPT OF HEARING). GO THROUGH THEIR ATTORNEY FEES, CREATE EXCEL SPREADSHEET AND REASONS FOR FEES NOT BEING AWARDED. DRAFT INDEX AND EMAIL TO SECRETARY TO PUT TOGETHER TRIAL NOTEBOOK. | Randall Gilbert | 8 | 375.00 | 3,000.00 | |
| 10/25/2016 | ATTEND HEARING ON MOTION FOR ATTORNEY FEES. [9AM TO 1130AM] | Randall Gilbert | 2.5 | 375.00 | 937.50 | |

| | | |
|---|---|---|
| **Total** | | |
| **Payments/Credits** | | |
| **Balance Due** | | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice    4073

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

**11/21/2016**

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **12/6/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 10/26/2016 | ███████████████ | ████ | ██ | | █ | Appel late |
| 10/26/2016 | ███████████████ | ████ | █ | █ | █ | Appel late |
| 10/28/2016 | ███████████████ | ████ | ██ | | █ | Appel late |
| 10/31/2016 | ███████████████ | ████ | █ | █ | █ | Appel late |
| 11/1/2016 | RECEIPT AND REVIEW OBJECTION TO CONFIRMATION HEARING AND CALENDAR NEW DATE. | Randall Gilbert | 0.2 | 375.00 | 75.00 | |

| Total | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice   **4073**

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

**11/21/2016**

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **12/6/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 11/1/2016 | | | | | | Appellate |
| 11/2/2016 | | | | | | Appellate |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice   4073

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

**11/21/2016**

| | Terms | Due Date | Matter Number |
|---|---|---|---|
| | Net 15; thereafter @ 1.5% | **12/6/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 11/2/2016 | ██████████████ | | | | | |
| 11/2/2016 | ██████████████ | ██████ | ██ | ██ | ██ | Appellate |
| 11/4/2016 | ██████████████ | ██████ | ██ | ██ | ██ | Appellate |
| | | | | | | |

| | | |
|---|---|---|
| **Total** | | |
| **Payments/Credits** | | |
| **Balance Due** | | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice    **4073**

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

**11/21/2016**

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **12/6/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 11/7/2016 | ███████████████████████ | ██████ | █ | █ | █ | Appellate |
| 11/16/2016 | REVIEWED CASE LAW CITED TO BY OPPOSING COUNSEL PARTNER AT JANUARY 28, 2015 HEARING ON DEBTOR'S OBJECTION TO CLAIM, SHEPARDIZED, AND CHECKED CITING REFERENCES FOR ADDITIONAL CASE LAW. | Shirley Sharon | 4.8 | 90.00 | 432.00 | |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice    **4073**

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

**11/21/2016**

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **12/6/2016** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 11/17/2016 | ███████████ | ██████ | ████ | | ██ | Appellate |
| 11/18/2016 | ███████████ | ██████ | ██ | ██ | ██ | Appellate |
| 11/21/2016 | ███████████ | ██████ | █ | ██ | ██ | Appellate |

| | |
|---|---|
| **Total** | $10,177.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,177.50 |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice   4154

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

2/3/2017

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | 2/18/2017 | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 11/23/2016 | █ | █ | █ | █ | █ | Appellate |
| 11/25/2016 | █ | █ | █ | █ | █ | Appellate |
| 11/26/2016 | █ | █ | █ | █ | █ | Appellate |
| 11/28/2016 | █ | █ | █ | █ | █ | Appellate |
| 11/29/2016 | █ | █ | █ | █ | █ | Appellate |
| 12/4/2016 | RECEIPT AND REVIEW NOTICE OF HEARING FOR MOTION TO DETERMINE APPLICABILITY OF 11 USC 1322(B)(5). CALENDAR EVENT | Randall Gilbert | 0.1 | 375.00 | 37.50 | |
| 12/4/2016 | █ | █ | | █ | █ | Appellate |
| 12/11/2016 | █ | █ | █ | █ | █ | Appellate |
| 12/12/2016 | █ | █ | █ | █ | █ | Appellate |

| | | |
|---|---|---|
| **Total** | | |
| **Payments/Credits** | | |
| **Balance Due** | | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



## Invoice   4154

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**                    **2/3/2017**
**Hollywood, Florida 33020**

| | Terms | **Due Date** | Matter Number |
|---|---|---|---|
| | Net 15; thereafter @ 1.5% | **2/18/2017** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/19/2016 | REVIEW "MOTION TO DETERMINE APPLICABILITY OF 1322(b)(5)" RESEARCH AND REVIEW CASES AND 1322(b)(5). | Randall Gilbert | 5.2 | 375.00 | 1,950.00 |
| 12/19/2016 | RESEARCH ISSUES OF BANKRUPTCY STAY AND APPEAL, DEFAULT, 1322(B)(5). CONVERSATIONS WITH SENIOR PARTNER AND PREPARE EMAILS TO SENIOR PARTNER RE: CASE LAW AND DISCUSSIONS. | Bryce Gilbert | 2.1 | 250.00 | 525.00 |
| 12/20/2016 | ATTEND HEARING ON MOTION TO DETERMINE APPLICABILITY OF 1322(b)(5). | Randall Gilbert | 3 | 375.00 | 1,125.00 |
| 12/29/2016 | RECEIPT AND REVIEW ORDER CONTINUING HEARING ON 1322(B)(5) MOTION, AND CALENDAR.  RECEIPT AND REVIEW NOTICE OF CONTINUING CONFIRMATION HEARING, AND CALENDAR. | Randall Gilbert | 0.3 | 375.00 | 112.50 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com

# Invoice   4154

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

2/3/2017

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **2/18/2017** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/12/2017 | PULL EMAILS, LOCAL RULE 10, AND COMMUNICATIONS WITH COUNSEL RE: SETTLEMENT IN RESPONSE TO ANSWER. PREPARE EMAIL AND SUMMATION FOR SENIOR PARTNER AND HIGHLIGHT PERTINENT EXCERPTS IN PDF VERSION OF EMAILS FOR EASE OF PARTNER USE IN RESPONSE. | Bryce Gilbert | 1 | 250.00 | 250.00 |
| 1/13/2017 | ██████████████████████ | ████████ | ██████ | | ████ Appellate |

| | | |
|---|---|---|
| **Total** | | $17,222.50 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $17,222.50 |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice    4190

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

**3/13/2017**

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **3/28/2017** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 1/25/2017 | ███████████████ | | ████ | | ████ | <span style="color:orange">Appel late</span> |
| 2/7/2017 | READ AND REVIEW DOCKET ENTRY #129 CONTINUING CONFIRMATION HEARING AND CALENDAR SAME. | Randall Gilbert | 0.1 | 375.00 | 37.50 | |

| | |
|---|---|
| **Total** | $3,525.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,525.00 |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice   4389

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

6/23/2017

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **7/8/2017** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 3/20/2017 | TELEPHONE CONVERSATION WITH OPP COUNSEL ABOUT TOMORROW'S HEARING AND HE WILL ADVISE THE COURT TO ROLL IT OVER TO THE NEXT DOCKET UNTIL APPEAL IS OVER. | Randall Gilbert | 0.2 | 375.00 | 75.00 | |
| 3/28/2017 | RECEIPT AND REVIEW NOTICE OF CONTINUED CONFIRMATION HEARING AND CALENDAR EVENT. | Randall Gilbert | 0.1 | 375.00 | 37.50 | |
| 4/3/2017 | ██████████████ | ██████ | ████ | | ██ | Appellate |
| 4/22/2017 | RECEIVE AND REVIEW DOCKET ENTRY #143, TRUSTEE'S NOTICE TO MOVE CONFIRMATION HEARING TO MAY 16, 2017. | Randall Gilbert | 0.1 | 375.00 | 37.50 | |
| 5/25/2017 | RECEIPT AND REVIEW NOTICE OF CONTINUED CONFIRMATION HEARING AND TRUSTEE'S OBJECTION TO EXEMPTIONS [#148]. CALENDAR EVENT AND LOCATION AND ALSO REVIEW CERTIFICATE OF SERVICE [#149]. | Randall Gilbert | 0.2 | 375.00 | 75.00 | |
| 6/13/2017 | ████████████████ | ██████ | ████ | | ██ | Appellate |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



**Invoice**   **4389**

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

**6/23/2017**

| | Terms | Due Date | Matter Number |
|---|---|---|---|
| | Net 15; thereafter @ 1.5% | **7/8/2017** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 6/13/2017 | ███████████████ | ██████ | ████ | | ██ | Appellate |
| 6/14/2017 | ███████████████ | █████ | ████ | | ██ | Appellate |

| | Total | |
|---|---|---|
| | **Payments/Credits** | |
| | **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice    4389

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

6/23/2017

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **7/8/2017** | 1000.14100- Cabrera |



| Date | Description | Attorney | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 6/15/2017 | █ ███████████ | ██████ | ████ | | █ | *Appellate* |
| 6/15/2017 | ██████████ | ██████ | ████ | | █ | *Appellate* |
| 6/15/2017 | █ ████████ | ██████ | ████ | | █ | *Appellate* |
| 6/15/2017 | ██████████ | ██████████ | ████ | | █ | *Appellate* |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice    4389

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

**6/23/2017**

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **7/8/2017** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 6/16/2017 | ███████████ | ███ | ███ | | ██ | Appellate |
| 6/20/2017 | ███████████ | ███ | ███ | | ██ | Appellate |
| 6/20/2017 | ███████████ | ███ | ███ | | ██ | Appellate |
| 6/20/2017 | ███████████ | ███ | ███ | | ██ | Appellate |
| 6/22/2017 | ███████████ | ███ | ███ | | ██ | Appellate |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice    4389

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

6/23/2017

| | Terms | Due Date | Matter Number |
|---|---|---|---|
| | Net 15; thereafter @ 1.5% | **7/8/2017** | 1000.14100- Cabrera |



| Date | Description | Attorney | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 6/24/2017 | ████████████ | ██████ | ████ | | ████ | Appellate |
| 6/26/2017 | ████████████ | ██████ | ████ | | ████ | Appellate |
| 6/27/2017 | ████████████ | ██████ | ████ | | ██ | Appellate |

| | |
|---|---|
| **Total** | $13,975.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $13,975.00 |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice    4549

**Gilbert Law Group, P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

**7/17/2017**

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | 8/1/2017 | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/7/2017 | TELEPHONE CONVERSATION WITH JA WHO ADVISED TO CALL BARBARA BACK ON MONDAY TO SCHEDULE HEARING ON REMAND (305) 714-1778. | Randall Gilbert | 0.2 | 375.00 | 75.00 |
| 7/12/2017 | DRAFT NOTICE OF FILING RELATING TO REMAND WITH THE LOWER BANKRUPTCY COURT, WITH CITATION TO CASE LAW, ARGUING AGAINST A NEW TRIAL. | Randall Gilbert | 1.5 | 375.00 | 562.50 |
| 7/13/2017 | RESEARCH ISSUES OF WAIVER OF AFFIRMATIVE DEFENSE, AMENDMENT AFTER REMAND, STANDARD CONSIDERED IN ALLOWING AMENDMENT, SUA SPONTE AMENDMENT, DIFFERENCES IN JUDICIAL PROCEEDINGS PERMITTING SUA SPONTE AMENDMENT, CIVIL VS HABEAS CORPUS AMENDMENTS, FAILURE TO PLEAD OR PRESERVE DEFENSE, AFFIRMATIVE DEFENSE SHOWN THROUGH PLEADINGS, CONSENT TO TRY AFFIRMATIVE DEFENSE NOT PLED, DEFENSES PERMITTED TO BE SUA SPONTE AMENDED. | Bryce Gilbert | 5.4 | 250.00 | 1,350.00 |

| | Total | |
|---|---|---|
| | **Payments/Credits** | |
| | **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



## Invoice    4549

**Gilbert Law Group, P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

**7/17/2017**

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **8/1/2017** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/13/2017 | RECEIPT AND REVIEW ORDER RELATING TO REMAND AND SETTING EVIDENTIARY HEARING AND MAKING ADDITIONAL FINDINGS.<br><br>BEGIN DRAFTING AND PREPARE MOTION FOR REHEARING THEREOF. | Randall Gilbert | 2.2 | 375.00 | 825.00 |
| 7/14/2017 | FINALIZE MOTION FOR RECONSIDERATION OF ORDER SETTING EVIDENTIARY HEARING AND SETTING FORTH OTHER ISSUES TO BE DECIDED. | Randall Gilbert | 1.1 | 375.00 | 412.50 |

| | |
|---|---|
| **Total** | $3,225.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,225.00 |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice    4550

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

**8/25/2017**

| | Terms | **Due Date** | Matter Number |
|---|---|---|---|
| | Net 15; thereafter @ 1.5% | **9/9/2017** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/7/2017 | SPOKE WITH JUDICIAL ASSISTANT TO GET PROCEDURES ON SETTING HEARINGS. CALLED COURT DEPUTY SUSAN TO GET A SPECIAL SET HEARING DATE. | Shayna Gordon | 0.5 | 90.00 | 45.00 |
| 8/11/2017 | RECEIPT AND REVIEW NOTICE OF RULE 2004 EXAMINATION DEUCES TECUM.  RECEIPT AND REVIEW "RE-NOTICE" OF RULE 2004 EXAMINATION DEUCES TECUM.  REEVIEW SUBPOEAN AND NEW SUBPOENA.  DRAFT AND PREPARE OUR OWN RULE 2004 EXAMINATION DEUCES TECUM.  CALL TWICE TO OPP COUNSEL AND LEAVE MESSAGE AND DRAFT MOTION FOR PROTECTIVE ORDER RELATING TO THE FOREGOING. | Randall Gilbert | 4.9 | 375.00 | 1,837.50 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice   4550

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

8/25/2017

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **9/9/2017** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/15/2017 | SPOKE WITH COURT DEPUTY SUSAN REGARDING SPECIAL SET DATES. EMAILED OPPOSING COUNSEL AVAILABLE DATES FOR HEARING ON MOTION FOR PROTECTIVE ORDER AND DISCUSSED POSSIBILITY OF SETTLING THIS MATTER. ATTORNEY ADVISED ME TO SCHEDULE. CALLED DEPUTY AND LEFT VOICEMAIL WITH REQUESTED HEARING DATE. AWAITING CONFIRMATION. | Shayna Gordon | 0.6 | 90.00 | 54.00 |
| 8/16/2017 | CONFIRMED SPECIAL SET DATE WITH COURTROOM DEPUTY. | Shayna Gordon | 0.1 | 90.00 | 9.00 |
| 8/17/2017 | RECEIVE EMAILS BACK AND FORTH ABOUT CHANGING DATE OF HEARING AND SPEAK WITH OPP COUNSEL ABOUT TRYNIG TO RESOLVE. | Randall Gilbert | 0.3 | 375.00 | 112.50 |
| 8/17/2017 | REVIEW EMAIL FILES AND ORGANIZE FOR PRODUCTION. | Bryce Gilbert | 0.7 | 250.00 | 175.00 |
| 8/21/2017 | RECEIPT AND REVIEW NOTICE AGREED MOTION AND ORDER SETTING HEARING. | Randall Gilbert | 0.2 | 375.00 | 75.00 |
| 8/21/2017 | SCHEDULED COURT CALL APPEARANCE. | Shayna Gordon | 0.2 | 90.00 | 18.00 |
| 8/21/2017 | REVIEW AND SORT EMAILS ON PARTNER COMPUTER AND CONVERT TO PDF FOR PRODUCTION. | Bryce Gilbert | 0.6 | 250.00 | 150.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



**Invoice   4550**

**Gilbert & Caddy P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

**8/25/2017**

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **9/9/2017** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/22/2017 | ORGANIZE EMAIL CORRESPONDENCE AND BATE STAMP FOR PRODUCTION | Bryce Gilbert | 0.8 | 250.00 | 200.00 |
| 8/23/2017 | PREPARE FOR AND ATTEND HEARING ON MOTION FOR PROTECTIVE ORDER. | Randall Gilbert | 2.3 | 375.00 | 862.50 |
| 8/24/2017 | REVIEW PROPOSED ORDER ON MOTION FOR PROTECTIVE ORDER AND EMAIL REVISION BACK TO OPP COUNSEL. SPEAK WITH OPP COUNSEL ABOUT SAME. [.3]<br><br>PULL ADDITIONAL EMAILS POST-BANKRUPTCY AND BATE STAMP AND UPLOAD ALL DOCUMENTS TO DROPBOX AND EMAIL TO OPP COUNSEL. [1.4]; | Randall Gilbert | 1.7 | 375.00 | 637.50 |

| | |
|---|---|
| **Total** | $4,176.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,176.00 |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice    4551

**Gilbert Law Group, P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

**9/25/2017**

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **10/10/2017** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/25/2017 | RECEIPT AND REVIEW CONTINUED CONFIRMATION HEARING. | Randall Gilbert | 0.1 | 375.00 | 37.50 |
| 8/25/2017 | GET TO OFFICE VERY EARLY TO BEGIN PREPARING FOR DEPOSITION AND PULL DOCUMENTS AND REVIEW DOCUMENTS TO BE USED AT DEPOSITION OF BOTH MYSELF AND OPP PARTY.  DISCUSS SETTLEMENT BEFORE DEPOSITION AND AFTER DEPOSITION AT LENGTH WITH OPP COUNSEL AND OPP PARTY. | Randall Gilbert | 6.6 | 375.00 | 2,475.00 |
| 8/31/2017 | MEET WITH LAW CLERK AND HAVE HER RESEARCH 1322(B)(5) ISSUE. PULL AND GO THROUGH DOCUMENTS WITH HER PERTINENT TO THE ISSUE. | Randall Gilbert | 0.6 | 375.00 | 225.00 |
| 8/31/2017 | DISCUSS RESEARCH ASSIGNMENT WITH SENIOR PARTNER REGARDING MOTION TO DETERMINE APPLICABILITY OF 1322(B)(5) AND CASE FILE. REVIEW MOTION AND CASE FILE AND PRELIMINARY RESEARCH. | Shirley Sharon | 5.5 | 90.00 | 495.00 |
| 9/1/2017 | RESEARCH 1322(B)(5) | Shirley Sharon | 4 | 90.00 | 360.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice    4551

**Gilbert Law Group, P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

**9/25/2017**

| | Terms | Due Date | Matter Number |
|---|---|---|---|
| | Net 15; thereafter @ 1.5% | **10/10/2017** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/4/2017 | RECEIPT AND BRIEFLY REVIEW SUPPLEMENTAL 1322(B)(5) FILING FROM DEBTOR.  EMAIL LAW CLERK REGARDING NEW ISSUES. ALSO EMAIL ADDITIONAL BANKRUPTCY ATTORNEY FOR THEIR PERSPECTIVE. | Randall Gilbert | 0.3 | 375.00 | 112.50 |
| 9/5/2017 | RESEARCH 1322(B)(5) | Shirley Sharon | 5 | 90.00 | 450.00 |
| 9/19/2017 | READ CABRERA DEPOSITION.  MEET WITH ASSOCIATE AND GIVE INSTRUCTIONS TO FILE MOTION FOR SUMMARY JUDGMENT. REVISE MOTION FOR SUMMARY JUDGMENT WITH ASSOCIATE AND ADD CITATIONS TO THE RECORD  DRAFT NOTICE OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.  DRAFT CERTIFICATE OF SERVICE.  E-SERVE ALL OF THE ABOVE. | Randall Gilbert | 2.3 | 375.00 | 862.50 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice    4551

**Gilbert Law Group, P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

**9/25/2017**

| | Terms | Due Date | Matter Number |
|---|---|---|---|
| | Net 15; thereafter @ 1.5% | **10/10/2017** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/19/2017 | REVIEW DEPOSITION TRANSCRIPT.<br><br>RESEARCH BANKRUPTCY RULES TO ALLOW FOR MOTION FOR SUMMARY JUDGMENT.<br><br>DRAFT MOTION FOR SUMMARY JUDGMENT<br><br>EDIT MOTION FOR SUMMARY JUDGMENT | Shirley Sharon | 11.5 | 175.00 | 2,012.50 |
| 9/20/2017 | RESEARCH 1322(B)(5) AND 1322(B)(5)(3) AND REVIEW SUPPLEMENT TO MOTION TO DETERMINE APPLICABILITY OF 1322(B)(5).<br>RESEARCH APPLICABILITY OF 1322(B)(5) AND 1322(B)(5)(3). | Shirley Sharon | 5 | 175.00 | 875.00 |
| 9/21/2017 | RECEIPT AND REVIEW NOTICE OF HEARING ON MOTION FOR SUMMARY FINAL JUDGMENT.  EMAIL TO SECRETARY TO CALENDAR. | Randall Gilbert | 0.1 | 375.00 | 37.50 |
| 6/27/2017 | ███████████████ | ██████████ | | ████ | 0 |
| 8/25/2017 | Deposition of Nelson Cabrera | Shayna Gordon | | 176.45 | 176.45 |
| 9/20/2017 | Photocopies | Shayna Gordon | | 120.00 | 120.00 |

Appellate

| | |
|---|---|
| **Total** | $8,325.95 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,325.95 |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



## Invoice    4552

**Gilbert Law Group, P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

10/23/2017

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **11/7/2017** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/13/2017 | RECEIPT AND REVIEW DEBTOR'S RESPONSE TO OUR MOTION FOR SUMMARY JUDGMENT.<br><br>DRAFT REPLY TO DEBTOR'S RESPONSE TO OUR MOTION FOR SUMMARY JUDGMENT. | Randall Gilbert | 8.8 | 375.00 | 3,300.00 |
| 10/17/2017 | (1) BEGIN PULLING EXHIBITS FOR TRIAL NOTEBOOK<br>(2) READ MY DEPOSITION ATTACHED TO DEBTOR'S OPPOSITION TO OUR SUMMARY JUDGMENT<br>(3) PREPARE  FOR FOR HEARING TOMORROW ON:<br>(i) REMAND FROM APPEAL - EVIDENTIARY HEARING<br>(ii) CREDITOR'S MOTION FOR SUMMARY JUDGMENT<br>(iii) DEBTOR'S RESPONSE,<br>(iv) CREDITOR'S REPLY | Randall Gilbert | 8 | 375.00 | 3,000.00 |
| 10/18/2017 | PREPARED TRIAL NOTEBOOKS FOR ATTORNEY. | Shayna Gordon | 1 | 90.00 | 90.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice   4552

**Gilbert Law Group, P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

10/23/2017

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **11/7/2017** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/18/2017 | PREPARE FOR AND ATTEND:  (1) EVIDENTIARY HEARING ON REMAND FROM APPEAL ON QUESTION OF WAIVER; (2) CREDITOR GILBERT & CADDY PA'S MOTION FOR SUMMARY JUDGMENT; AND (3) DEBTOR'S MOTION TO DETERMINE THE APPLICABILITY OF 11 U.S.C. 1322(B)(5) AND SUPPLEMENT THERETO. | Shirley Sharon | 4.3 | 175.00 | 752.50 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**GILBERT LAW GROUP, P.A.**
**1720 Harrison Street, Penthouse B**
**Hollywood, FL 33020**
**(954) 620-5000**
SGordon@TheConstructionLawyers.com



# Invoice   4552

**Gilbert Law Group, P.A.**
**1720 Harrison Street, PH-B**
**Hollywood, Florida 33020**

10/23/2017

| Terms | Due Date | Matter Number |
|---|---|---|
| Net 15; thereafter @ 1.5% | **11/7/2017** | 1000.14100- Cabrera |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/18/2017 | (1) HIGHLIGHT EXHIBITS AND TAB EXHIBIT TO BE USED AND CREATE COVERPAGE FOR TRIAL NOTEBOOK. GIVE TO SECRETARY TO ORGANIZE IN BOOK. (2) CONTINUE PREPARING FOR AND THEN ATTEND HEARING ON THE FOLLOWING: (i) REMAND FROM APPEAL - EVIDENTIARY HEARING (ii) CREDITOR'S MOTION FOR SUMMARY JUDGMENT (iii) DEBTOR'S RESPONSE, (iv) CREDITOR'S REPLY (3) DRAFT PROPOSED ORDER DETAILING THE PROCEDURAL HISTORY OF THE CASE, AND EMAIL TO OPP COUNSEL. | Randall Gilbert | 7.2 | 375.00 | 2,700.00 |
| 10/19/2017 | RECEIPT AND REVIEW EMAIL FROM OPP COUNSEL AGREEING TO ALLOW US TO SUBMIT THE ORDER.  UPLOAD ORDER. | Randall Gilbert | 0.1 | 375.00 | 37.50 |
| 10/23/2017 | RECEIVE ORDER OVERRULING OBJECTION TO CLAIM.  DRAFT CERTIFICATE OF SERVICE. | Randall Gilbert | 0.2 | 375.00 | 75.00 |

| | |
|---|---|
| **Total** | $9,955.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,955.00 |