**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In Re: CHAPTER 13

Nelson Cabrera, CASE NO. 15-29656-AJC

        Debtor.
_____/

## MOTION TO CONVERT TO CHAPTER 11

The Debtor, Nelson Cabrera (hereinafter "Debtor"), by and through the undersigned counsel, seeks to convert this case to Chapter 11, and states as follows:

1. Debtor moves for the entry of an order converting this case to Chapter 11 of the United States Bankruptcy Code pursuant to 11 U.S.C. § 1307.

2. Debtor seeks to convert this case to Chapter 11 pursuant to 11 U.S.C. §1307(d), which states:

> Except as provided in subsection (f) of this section, at any time before the confirmation of a plan under section 1325 of this title, on request of a party in interest or the United States trustee and after notice and a hearing, the court may convert a case under this chapter to a case under chapter 11 or 12 of this title.

11 U.S.C. §1307(d).

3. As the plan has not yet been confirmed and the Debtor is not a farmer pursuant to 11 U.S.C. §1307(f), the Debtor requests this honorable Court enter an order converting this case to Chapter 11.

**WHEREFORE**, Debtor, Nelson Cabrera, respectfully requests the entry of an Order converting this case to Chapter 11 and granting such other and further relief as the Court deems just and proper.

Dated:  February 2, 2018.

          Respectfully submitted,

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Law Offices of Richard R. Robles, P.A.
Attorneys for Debtor
905 Brickell Bay Drive
Four Ambassadors
Tower II, Mezzanine, Suite 228
Miami, Florida 33131
(305) 755-9200
Primary E-mail: rrobles@roblespa.com
               nrossoletti@roblespa.com


/s/ Richard R. Robles, Esquire
RICHARD R. ROBLES, ESQUIRE
Florida Bar No. 0088481