# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov
Miami Division

In re:                                                                Case No.15-29656-AJC
                                                                      Chapter 11

NELSON CABRERA,

_____Debtor_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, Nelson Cabrera, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):

    February 28, 2018 (converted from Chapter 13)

2. Names, case numbers and dates of filing of related debtors:

    None.

3. Description of debtor's business:

    Debtor is an individual.

4. Locations of debtor's operations and whether the business premises are leased or owned:

    Debtor is an individual.

5. Reasons for filing chapter 11:

    Debtor was in the process of a Chapter 13 bankruptcy reorganization to deal with debts owed to unsecured creditors and the Internal Revenue Service.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

    Not applicable. Debtor is an individual.

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

    The Debtor is in the process of gathering the information for this calendar year. The Debtor's gross income prior to the filing of the petition on November 5, 2015 is contained in the Statement of Financial Affairs.

8. Amounts owed to various creditors:

    a. Obligations owed to priority creditors including priority tax obligations:

       Internal Revenue Service- $5,584.08

    b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and

       None.

    c. Amount of unsecured claims:

       Unknown. The Debtor is disputing the amount of the claim of Gilbert & Caddy, P.A.

9. General description and approximate value of the debtor's assets:

    The Debtor has disclosed the pre-petition assets in his schedule. He is in the process of reviewing and potentially amending said schedules at this time.

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires;

    The Debtor is in the process of providing his automobile insurance information.

11. Number of employees and amounts of wages owed as of petition date:

    None. Debtor is an individual.

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

    None. Debtor is an individual.

13. Anticipated emergency relief to be requested within 14 days from the petition date:

    None.

    Dated: March 5, 2018.

                                              Respectfully Submitted,

                                              /s/ Richard R. Robles, Esquire
                                              Richard R. Robles, Esquire
                                              Law Offices of Richard R. Robles, P.A.
                                              Attorneys for Debtor
                                              905 Brickell Bay Drive, #228
                                              Miami, Florida  33131
                                              Telephone: (305) 755-9200
                                              Facsimile: (305) 755-9270
                                              E-mail: rrobles@roblespa.com
                                                          nrossoletti@roblespa.com
                                              Florida Bar No. 0088481

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on all affected parties.