**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

          CASE NO. 15-29656-AJC

Nelson Cabrera,          CHAPTER 11

    Debtor.
_____/

**NOTICE OF WITHDRAWAL**

Notice is hereby given that the Debtor's Objection to Claim [ECF #68] is hereby withdrawn.

Dated: August 17, 2018.

Respectfully submitted,

Law Offices of Richard R. Robles, P.A.
905 Brickell Bay Drive
Four Ambassadors
Tower II, Mezzanine, Suite 228
Miami, Florida 33131
Telephone:    (305) 755-9200
Emails:        Rrobles@roblespa.com
                nrossoletti@roblespa.com
                lmartinez@roblespa.com

/s/ Richard R. Robles, Esquire
RICHARD R. ROBLES, ESQUIRE
Florida Bar No. 0088481
NICHOLAS G. ROSSOLETTI, ESQUIRE
Florida Bar No. 0051466